# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM, an individual,

E-filing

v.

DEPARTMENT OF HOMELAND SECURITY, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 06  0545

WHA

TO: (Name and address of defendant)

DEPARTMENT OF HOMELAND SECURITY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES McMANIS (40958)
MARWA ELZANKALY (206658)
McMANIS FAULKNER & MORGAN
50 West San Fernando Street, 10th Floor
San Jose, CA  95113
Tele: 408-279-8700
Fax:  408-279-3244

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  JAN 27 2006

(BY) DEPUTY CLERK
MARY ANN BUCKLEY

AO 440 (Rev. 10/93) Summons in a Civil Action

Case3:06-cv-00545-WHA   Document8   Filed03/28/06   Page2 of 5

Ibrahim vs DHS, et al.
C06-0545 WHA

| RETURN OF SERVICE | |
|---|---|
| *See Attached Sheet* <br> Service of the Summons and Complaint was made by me [1] | DATE <br> 3-7-06 at 1:58 pm |
| Name of SERVER (PRINT) <br> FRANK SMITH, COUNTY PROCESS SERVICE | TITLE <br> REG. CA PROCESS SERVER |

Check one box below to indicate appropriate method of service

[✓] Served Personally upon the Defendant. Place where served:
DEP. OF HOMELAND SECURITY C/O U.S ATTORNEY, BY SERVING MARYAM BEROS, AUTHORIZED
450 GOLDEN GATE AVE., 11TH FLOOR, SAN FRANCISCO, CA 94102

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left

[ ] Returned unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $12.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-13-06
            Date

Signature of Server
31 EAST JULIAN STREET
SAN JOSE, CA 95112
Address of Server

**FRANK SMITH**
**SANTA CLARA COUNTY #1085**

**COUNTY PROCESS SERVICE**
31 East Julian Street
San Jose, CA 95112
(408) 554-9976

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# IBRAHIM v. DEPT. OF HOMELAND SECURITY, et al.

DOCUMENTS FOR SERVICE IN THE DISTRICT COURT CASE:

1. CIVIL CASE COVER SHEET
2. SUMMONS
3. COMPLAINT
4. ADR – DISPUTE RESOLUTION PROCEDURES BOOKLET
5. ORDER SETTING INITIAL CASE MANAGEMENTCONFERENCE AND ADR DEADLINES
6. SUPPLEMENTAL ORDER SETTING INITIAL CASE MANAGEMENTCONFERENCE AND ADR DEADLINES IN CASES BEFORE JUDGE WILLIAM ALSUP
7. U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT
8. U.S. DISTRICT COURT GUIDELINES

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | March 7, 2006 |

| Name of SERVER | TITLE |
|---|---|
| Sheila Maes | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail - return receipt requested:
Department of Homeland Security
Agent for Service of Process
State Capitol, 1st Floor
Sacramento, CA 95814

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 7, 2006
                Date

Signature of Server
50 W. San Fernando St., 10th Fl.
San Jose, CA 95113
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: March 6, 2006

Name of SERVER: Sheila Maes

TITLE: Legal Assistant

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail - return receipt requested:
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 6, 2006
         Date

*Signature of Server*
50 W. San Fernando St., 10th Fl.
San Jose, CA 95113
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure