# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM, an individual,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

DEPARTMENT OF HOMELAND SECURITY, et al.

TO: (Name and address of defendant)

SAN FRANCISCO AIRPORT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES McMANIS (40958)
MARWA ELZANKALY (206658)
McMANIS FAULKNER & MORGAN
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Tele: 408-279-8700
Fax: 408-279-3244

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  FEB 1 5 2006

(BY) DEPUTY CLERK

Ibrahim Vs DHS, et al.
C06-0545 WHS

| RETURN OF SERVICE | |
|---|---|
| *See Attached Sheet*<br>Service of the Summons and Complaint was made by me [1] | DATE<br>3-17-06 AT 2:49 PM |
| Name of SERVER (PRINT)<br>FRANK SMITH, COUNTY PROCESS SERVICE | TITLE<br>REG. CA PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:
SAN FRANCISCO INTERNATIONAL AIRPORT, BY SERVING PAT COLLUM, AUTHORIZED TO ACCEPT
1 DR. CARLTON GOODLETT PLACE, SAN FRANCISCO, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-20-06
                    Date

Signature of Server
FRANK SMITH
SANTA CLARA COUNTY #1085
31 EAST JULIAN STREET
SAN JOSE, CA 95112

Address of Server

COUNTY PROCESS SERVICE
31 East Julian Street
San Jose, CA 95112
(408) 554-9976

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## IBRAHIM v. DEPT. OF HOMELAND SECURITY, et al.

DOCUMENTS FOR SERVICE IN THE DISTRICT COURT CASE:

1. CIVIL CASE COVER SHEET
2. SUMMONS
3. COMPLAINT
4. ADR – DISPUTE RESOLUTION PROCEDURES BOOKLET
5. ORDER SETTING INITIAL CASE MANAGEMENTCONFERENCE AND ADR DEADLINES
6. SUPPLEMENTAL ORDER SETTING INITIAL CASE MANAGEMENTCONFERENCE AND ADR DEADLINES IN CASES BEFORE JUDGE WILLIAM ALSUP
7. U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT
8. U.S. DISTRICT COURT GUIDELINES