**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, in his official capacity as the Secretary of the Department of Homeland Security, TOM RIDGE, in his official capacity as the former Secretary of the Department of Homeland Security, TRANSPORTATION SECURITY ADMINISTRATION, KIP HAWLEY, in his official capacity as Administrator of the Transportation Security Administration, DAVID M. STONE, in his official capacity as Acting Administrator of the Transportation Security Administration, TERRORIST SCREENING CENTER, DONNA A. BUCELLA, in her official capacity as Director of the Terrorist Screening Center, NORM MINETA, in his official capacity as Secretary of Transportation, FEDERAL AVIATION ADMINISTRATION, MARION C. BLAKEY, in her official capacity as Administrator of the Federal Aviation Administration, FEDERAL BUREAU OF INVESTIGATION, ROBERT MUELLER, in his official capacity as Director of the Federal Bureau of Investigation, SAN FRANCISCO AIRPORT, CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, COUNTY OF SAN MATEO, SAN FRANCISCO POLICE DEPARTMENT, UAL CORPORATION, UNITED AIRLINES, DAVID NEVINS, an individual, RICHARD PATE, an individual, JOHN BONDANELLA, an individual, JOHN CUNNINGHAM, an individual, ELIZABETH MARON, an individual, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>                                                                              / | No. C 06-00545 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES DEADLINE** |

The Court **CONTINUES** the following:

| | | |
|---|---|---|
| April 27, 2006: | Last day to: | |
| | (a) | Meet and confer re initial disclosures, early settlement, ADR process selection; and discovery plan. |
| | (b) | File joint ADR certification and stipulation to ADR process or notice of need for ADR phone conference. |
| May 4, 2006: | Last day to complete initial disclosures or state objection in Rule 26(f) report, file case management statement and file/serve Rule 26(f) report. | |
| May 18, 2006: | Case management conference in Courtroom 9, 19th Floor, San Francisco, at 11:00 a.m. | |

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: March 29, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2