| | |
|---|---|
| 1 | THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)<br>By: Miruni Soosaipillai, Deputy (SBN 160858) |
| 2 | Hall of Justice and Records<br>400 County Center, 6th Floor |
| 3 | Redwood City, CA 94063<br>Telephone: (650) 363-1960 |
| 4 | Facsimile: (650) 363-4034<br>E-mail: msoosaipillai@co.sanmateo.ca.us |
| 5 | |
| 6 | Attorneys for Defendant<br>COUNTY OF SAN MATEO |
| 7 | JAMES McMANIS (SBN 40958) |
| 8 | MARWA ELZANKALY (SBN 206658)<br>McMANIS, FAULKNER & MORGAN |
| 9 | 50 W. San Fernando, 10th Floor<br>San Jose, CA 95113 |
| 10 | Telephone: (408) 279-8700<br>Facsimile: (408)279-3244 |
| 11 | Email: melzankaly@mfmlaw.com |
| 12 | Attorneys for Plaintiff<br>RAHINA IBRAHIM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. C 06-0545 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On March 28, 2006, the parties agreed to extend the time for the County of San Mateo to file any response to the Plaintiff's Complaint in this matter. Defendant shall have to and including April 17, 2006 to file a response to the Complaint. Counsel for defendant hereby attests that concurrence in the filing of this stipulation has been obtained from counsel for plaintiff, Marwa Elzankaly.

//

//

Case No. C 06-0545 WHA
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | |
| 3 | Dated: April 14, 2006      THOMAS F. CASEY III, COUNTY COUNSEL |

Dated: April 14, 2006                THOMAS F. CASEY III, COUNTY COUNSEL

By:      /s/
       Miruni Soosaipillai, Deputy

Attorneys for Defendant
COUNTY OF SAN MATEO

Dated: April 14, 2006                McMANIS, FAULKNER & MORGAN

By:      /s/
       Marwa Elzankaly, Esq.

Attorneys for Plaintiff
RAHINAH IBRAHIM

**IT IS SO ORDERED.**

Dated: April 17, 2006

APPROVED
Judge William Alsup

_____
HONORABLE WILLIAM ALSUP
United States District Judge

Case No. C 06-0545 WHA      2
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT