| | |
|---|---|
| 1 | JAMES MCMANIS (40958) |
| | MARWA ELZANKALY(206658) |
| 2 | McMANIS FAULKNER & MORGAN |
| | A Professional Corporation |
| 3 | 50 West San Fernando Street, 10th Floor |
| | San Jose, California 95113 |
| 4 | Telephone:    408-279-8700 |
| | Facsimile:    408-279-3244 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 10 | RAHINAH IBRAHIM, an individual | Case No. C 06 0545 WHA |
| 11 | Plaintiff, | |
| 12 | vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| 13 | DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, in his official capacity as the Secretary of the Department of Homeland Security; TOM RIDGE, in his official capacity as the former Secretary of the Department of Homeland Security; TRANSPORTATION SECURITY ADMINISTRATION; KIP HAWLEY; in his official capacity as Administrator of the Transportation Security Administration; DAVID M. STONE, in his official capacity as Acting Administrator of the Transportation Security Administration; TERRORIST SCREENING CENTER; DONNA A. BUCELLA, in her official capacity as Director of the Terrorist Screening Center; NORM MINETA, in his official capacity as Secretary of Transportation; FEDERAL AVIATION ADMINISTRATION; MARION C. BLAKEY, in her official capacity as Administrator of the Federal Aviation Administration; FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, in his official capacity as Director of the Federal Bureau of Investigation; SAN FRANCISCO AIRPORT; CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; COUNTY OF SAN MATEO; SAN FRANCISCO POLICE DEPARTMENT; UAL CORPORATION; | |

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, CASE NO. C 06-0545 WHA

| | |
|---|---|
| 1 | UNITED AIRLINES; DAVID NEVINS, an individual; RICHARD PATE, an individual; JOHN BONDANELLA, an individual; JOHN CUNNINGHAM, an individual; ELIZABETH MARON, an individual; and DOES 1 through 100, inclusive. |
| | Defendant. |

Please take notice that plaintiff, Rahinah Ibrahim, hereby dismisses without prejudice her complaint as to defendant, County of San Mateo, only.

DATED: April 26, 2006                                    McMANIS FAULKNER & MORGAN


/S/ Marwa Elzankaly
JAMES MCMANIS
MARWA ELZANKALY


Attorneys for Plaintiff,
RAHINAH IBRAHIM

---
2
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, CASE NO. C 06-0545 WHA