JAMES McMANIS (40958)
MARWA ELZANKALY (206658)
McMANIS, FAULKNER & MORGAN
A Professional Corporation
50 W. San Fernando, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Attorneys for Plaintiff, Rahinah Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | CASE NO. C 06 0545 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE ONE 40 PAGE OPPOSITION MEMORANDUM TO DEFENDANTS' MOTIONS TO DISMISS** |

On April 17, 2006, defendants, United Airlines, Inc., UAL Corporation, and David Nevins (the "United" defendants), filed a motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure, rules 12(b)(1) and 12(b)(6).

On May 22, 2006, the federal defendants, consisting of the Department of Homeland Security, et al., filed a motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure, rule 12(b)(1).

On May 22, 2006, defendant, John Bondanella, also filed a motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure, rules 12(b)(1), 12(b)(2) and 12(b)(6).

All motions are set for hearing before this Court on June 29, 2006, at 8:00 a.m. Plaintiff's oppositions to said motions are due by June 8, 2006.

The parties to this action hereby stipulate that plaintiff may file one single opposition to all three motions to dismiss. The parties further stipulate that plaintiff's page limit on her opposition memorandum, as set forth in Civil Local Rule 7-3(a) is hereby extended to 40 pages.

**IT IS SO STIPULATED:**

Dated:  June 6, 2006                                    McMANIS FAULKNER & MORGAN


                                                        _____/S/_____
                                                        JAMES MCMANIS
                                                        MARWA ELZANKALY

                                                        Attorneys for Plaintiff,
                                                        RAHINAH IBRAHIM


Dated:  June 6, 2006                                    CODDINGTON HICKS & DANFORTH


                                                        _____/S/_____
                                                        RICHARD G. GROTCH

                                                        Attorneys for Defendants,
                                                        UNITED AIRLINES, INC., UAL CORP., DAVID NEVINS


Dated: June 6, 2006                                     Dennis J. Herrera, City Attorney
                                                        Joanne Hoeper, Chief Trial Deputy
                                                        Ronald P. Flynn, Deputy City Attorney


                                                        _____/S/_____
                                                        RONALD P. FLYNN

                                                        Attorneys for Defendants,
                                                        CITY AND COUNTY OF SAN FRANCISCO,
                                                        JAMES CUNNINGHAM, ELIZABETH A.
                                                        MARON AND RICHARD E. PATE

| | | |
|---|---|---|
| 1 | Dated: June 6, 2006 | UNITED STATES DEPARTMENT OF JUSTICE |

/S/
SANDRA M. SCHRAIBMAN
JOHN R. TYLER Y

Attorneys for Defendants,
FEDERAL DEFENDANTS

Dated: June 6, 2006                     ARNOLD & PORTER LLP

/S/
SHARON DOUGLASS MAYO

Attorneys for Defendant,
JOHN BONDANELLA

**IT IS SO ORDERED:**

DATED:

JUDGE OF THE U.S. DISTRICT COURT