| | |
|---|---|
| 1 | JAMES McMANIS (40958) |
| 2 | MARWA ELZANKALY (206658) |
|   | McMANIS, FAULKNER & MORGAN |
| 3 | A Professional Corporation |
|   | 50 W. San Fernando, 10th Floor |
| 4 | San Jose, CA 95113 |
|   | Telephone: (408) 279-8700 |
| 5 | Facsimile: (408) 279-3244 |
| 6 | Attorneys for Plaintiff, Rahinah Ibrahim |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual, | CASE NO. C 06 0545 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE ONE 40 PAGE OPPOSITION MEMORANDUM TO DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

On April 17, 2006, defendants, United Airlines, Inc., UAL Corporation, and David Nevins (the "United" defendants), filed a motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure, rules 12(b)(1) and 12(b)(6).

On May 22, 2006, the federal defendants, consisting of the Department of Homeland Security, et al., filed a motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure, rule 12(b)(1).

On May 22, 2006, defendant, John Bondanella, also filed a motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure, rules 12(b)(1), 12(b)(2) and 12(b)(6).

---

1

Stipulation and [Proposed] Order Allowing Plaintiff To File One 40 Page Opposition     Case No. C 06 0545
Memorandum To Defendants' Motions To Dismiss

All motions are set for hearing before this Court on June 29, 2006, at 8:00 a.m. Plaintiff's oppositions to said motions are due by June 8, 2006.

The parties to this action hereby stipulate that plaintiff may file one single opposition to all three motions to dismiss. The parties further stipulate that plaintiff's page limit on her opposition memorandum, as set forth in Civil Local Rule 7-3(a) is hereby extended to 40 pages.

**IT IS SO STIPULATED:**

Dated: June 6, 2006　　　　　　　　　　McMANIS FAULKNER & MORGAN

　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　JAMES MCMANIS
　　　　　　　　　　　　　　　　　　MARWA ELZANKALY

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　RAHINAH IBRAHIM

Dated: June 6, 2006　　　　　　　　　　CODDINGTON HICKS & DANFORTH

　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　RICHARD G. GROTCH

　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　UNITED AIRLINES, INC., UAL CORP., DAVID NEVINS

Dated: June 6, 2006　　　　　　　　　　Dennis J. Herrera, City Attorney
　　　　　　　　　　　　　　　　　　Joanne Hoeper, Chief Trial Deputy
　　　　　　　　　　　　　　　　　　Ronald P. Flynn, Deputy City Attorney

　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　RONALD P. FLYNN

　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　CITY AND COUNTY OF SAN FRANCISCO, JAMES CUNNINGHAM, ELIZABETH A. MARON AND RICHARD E. PATE

2

Stipulation and [Proposed] Order Allowing Plaintiff To File One 40 Page Opposition　　　　Case No. C 06 0545
Memorandum To Defendants' Motions To Dismiss

| | | |
|---|---|---|
| 1 | Dated: June 6, 2006 | UNITED STATES DEPARTMENT OF JUSTICE |

/S/
SANDRA M. SCHRAIBMAN
JOHN R. TYLER Y

Attorneys for Defendants,
FEDERAL DEFENDANTS

Dated: June 6, 2006          ARNOLD & PORTER LLP

/S/
SHARON DOUGLASS MAYO

Attorneys for Defendant,
JOHN BONDANELLA

**IT IS SO ORDERED:**

DATED: June 6, 2006

APPROVED
Judge William Alsup

_____
JUDGE OF THE U.S. DISTRICT COURT

---

3

Stipulation and [Proposed] Order Allowing Plaintiff To File One 40 Page Opposition          Case No. C 06 0545
Memorandum To Defendants' Motions To Dismiss