PETER D. KEISLER
Assistant Attorney General

SANDRA SCHRAIBMAN
Assistant Branch Director

JOHN R. TYLER
United States Department of Justice
Civil Division
20 Massachusetts Ave., N.W., Rm. 7344
Washington, DC 20004
Tel: (202) 514-4781
Fax: (202) 616-8470

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM, )
 ) No. CV 06-00545 WHA
 Plaintiff, )
 ) THE PARTIES'S STIPULATION TO CONTINUE
 v. ) THE HEARING DATE ON ALL PENDING
 ) MOTIONS, AND ADDITIONAL STIPULATION
DEPARTMENT OF HOMELAND ) AND [PROPOSED] ORDER ON A BRIEFING
SECURITY, et al., ) SCHEDULE FOR SUCH MOTIONS
 )
 Defendants. )
 )

      Pursuant to Civil L.R. 7-7(b), the parties in the above-captioned action hereby stipulate to continue until Thursday, July 20, 2006 the hearing date on the respective motions to dismiss that have been filed on behalf of (1) the federal defendants, (2) defendants United Airlines, Inc., UAL Corporation, and David Nevins, and (3) defendant John Bondanella. These dispositive motions were previously scheduled to be heard on Thursday, June 29, 2006. The parties furthermore stipulate under Civil L.R. 7-7(b) to continue until July 20, 2006 the hearing date on plaintiff's motion to amend her pleading, which was previously scheduled to be heard on Thursday, July 13, 2006.

      Counsel for the federal defendants requested the above continuance with respect to their motion to dismiss owing to the number of issues that are raised in plaintiff's opposition memorandum, some of them for the first time, and the inability of counsel to consult with the numerous federal agencies that are named as defendants in this litigation within the very brief

Parties' Stip. to Continue Hearing and
Set Briefing Schedule; CV 06- 545 WHA

1  time permitted under the existing schedule. In order to accommodate the federal defendants, and
2  also to avoid any possible scheduling conflicts, the parties agreed to continue the hearing date on
3  all pending motions until July 20, 2006.
4      In regard to briefing, subject to the approval by the Court, the parties additionally
5  stipulate and agree as follows:
6      (1) that all reply memoranda in support of the respective defendants' pending motions to
7      dismiss shall be filed no later than Thursday, June 29, 2006; and
8      (2) that any opposition to plaintiff's motion to amend her pleading shall also be filed no
9      later than Thursday, June 29, 2006, and that, if needed, plaintiff shall file her reply
10     memorandum in support of her motion to amend no less than 14 days before the hearing
11     on that motion.

Dated: June 12, 2006         McMANIS FAULKNER & MORGAN

                                         /s/
                                 JAMES MCMANIS
                                 MARWA ELZANKALY

                                 Attorneys for Plaintiff,
                                 RAHINAH IBRAHIM

Dated: June 12, 2006         CODDINGTON HICKS & DANFORTH

                                         /s/
                                 RICHARD G. GROTCH

                                 Attorneys for Defendants,
                                 UNITED AIRLINES, INC., UAL CORP,
                                   DAVID NEVINS

Dated: June 12, 2006

                                 Dennis J. Herrera, City Attorney
                                 Joanne Hoeper, Chief Trial Deputy
                                 Ronald P. Flynn, Deputy City Attorney

```
                                        /s/
                                    RONALD P. FLYNN

                                    Attorneys for Defendants,
                                    CITY AND COUNTY OF SAN FRANCISCO,
                                    JAMES CUNNINGHAM, ELIZABETH A.
                                    MARON AND RICHARD E. PATE
```

Dated: June 12, 2006                UNITED STATES DEPARTMENT OF JUSTICE

```
                                        /s/
                                    JOHN R. TYLER

                                    Attorneys for Defendants,
                                    FEDERAL DEFENDANTS
```

Dated: June 12, 2006                ARNOLD & PORTER LLP

```
                                        /s/
                                    SHARON DOUGLASS MAYO

                                    Attorneys for Defendant,
                                    JOHN BONDANELLA
```

**IT IS SO ORDERED**

[SEAL: IT IS SO ORDERED / Judge William Alsup / United States District Court Northern District of California]

HONORABLE WILLIAM H. ALSUP
United States District Judge

This 12th day of    June    2006.

Parties' Stip. to Continue Hearing and
Set Briefing Schedule; CV 06- 545 WHA            - 3 -