**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM, an individual, | No. C 06-00545 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING DEFENDANTS' MOTIONS TO DISMISS ORIGINAL COMPLAINT** |
| DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, in his official capacity as the Secretary of the Department of Homeland Security, TOM RIDGE, in his official capacity as the former Secretary of the Department of Homeland Security, TRANSPORTATION SECURITY ADMINISTRATION, KIP HAWLEY, in his official capacity as Administrator of the Transportation Security Administration, DAVID M. STONE, in his official capacity as Acting Administrator of the Transportation Security Administration, TERRORIST SCREENING CENTER, DONNA A. BUCELLA, in er official capacity as Director of the Terrorist Screening Center, NORM MINETA, in his official capacity as Secretary of Transportation, FEDERAL AVIATION ADMINISTRATION, MARION C. BLAKEY, in her official capacity as Administrator of the Federal Aviation Administration, FEDERAL BUREAU OF INVESTIGATION, ROBERT MUELLER, in his official capacity as Director of the Federal Bureau of Investigation, SAN FRANCISCO AIRPORT, CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, COUNTY OF SAN MATEO, SAN FRANCISCO POLICE DEPARTMENT, UAL CORPORATION, UNITED AIRLINES; DAVID NEVINS, an individual, RICHARD PATE, an individual, JOHN BONDANELLA, an individual, JOHN CUNNINGHAM, an individual, ELIZABETH MARON, an individual, and DOES 1 THROUGH 100, inclusive, | |
| Defendants. | / |

This order finds that the proposed amendment to plaintiff's original complaint renders it procedurally awkward for the Court to rule at this time on defendants' motions to dismiss aimed at that original complaint. Plaintiff's amended complaint may substantially alter the jurisdictional landscape in this case. All of the currently pending motions to dismiss the original complaint are deemed denied, without prejudice to defendants to renew any and all of these arguments with respect to the amended complaint. Plaintiff's motion for leave to file her amended complain is granted. Plaintiff had the benefit of defendants' moving papers in framing her amended complaint. It will, therefore, be more efficient to consider all of the issues at one time in light of the amended complaint.

The following schedule governs the renewed motions to dismiss the amended complaint:

1. Each set of moving defendants (*i.e.*, the federal defendants, the United defendants, and defendant Bondanella) shall file and serve a supplemental brief of no more than 10 pages by no later than July 27, 2006 at noon, addressing the purported grounds for dismissing plaintiff's amended complaint.

2. Plaintiff shall file and serve *one* supplemental brief of no more than 15 pages by no later than August 3, 2006 at noon, responding to defendants' arguments.

3. Unless the Court so orders, the matter will be deemed under submission following receipt of plaintiff's responsive brief. No further oral argument will be heard unless otherwise noticed. The Court will consider both the previous briefing on the initial motions to dismiss as well as the supplemental briefs in ruling on the motions.

**IT IS SO ORDERED.**

Dated: July 20, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2