IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, in his official capacity as the Secretary of the Department of Homeland Security, TOM RIDGE, in his official capacity as the former Secretary of the Department of Homeland Security, TRANSPORTATION SECURITY ADMINISTRATION, KIP HAWLEY, in his official capacity as Administrator of the Transportation Security Administration, DAVID M. STONE, in his official capacity as Acting Administrator of the Transportation Security Administration, TERRORIST SCREENING CENTER, DONNA A. BUCELLA, in er official capacity as Director of the Terrorist Screening Center, NORM MINETA, in his official capacity as Secretary of Transportation, FEDERAL AVIATION ADMINISTRATION, MARION C. BLAKEY, in her official capacity as Administrator of the Federal Aviation Administration, FEDERAL BUREAU OF INVESTIGATION, ROBERT MUELLER, in his official capacity as Director of the Federal Bureau of Investigation, SAN FRANCISCO AIRPORT, CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, COUNTY OF SAN MATEO, SAN FRANCISCO POLICE DEPARTMENT, UAL CORPORATION, UNITED AIRLINES; DAVID NEVINS, an individual, RICHARD PATE, an individual, JOHN BONDANELLA, an individual, JOHN CUNNINGHAM, an individual, ELIZABETH MARON, an individual, and DOES 1 THROUGH 100, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 06-00545 WHA<br><br>**PARTIAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

For the reasons stated in the accompanying order granting the motions to dismiss brought by the federal defendants, the United Airlines defendants, and defendant John Bondanella, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of these three sets of defendants and against plaintiff Rahinah Ibrahim pursuant to Federal Rule of Civil Procedure 54(b). Plaintiff's claims against these three sets of defendants are separable from plaintiff's claims against the remaining defendants and are fully adjudicated by the accompanying order. There is no just reason for delay given the novelty and seriousness of the legal issues involved in plaintiff's claims.

**IT IS SO ORDERED.**

Dated: August 16, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE