United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, in his official capacity as the Secretary of the Department of Homeland Security, TOM RIDGE, in his official capacity as the former Secretary of the Department of Homeland Security, TRANSPORTATION SECURITY ADMINISTRATION, KIP HAWLEY, in his official capacity as Administrator of the Transportation Security Administration, DAVID M. STONE, in his official capacity as Acting Administrator of the Transportation Security Administration, TERRORIST SCREENING CENTER, DONNA A. BUCELLA, in er official capacity as Director of the Terrorist Screening Center, NORM MINETA, in his official capacity as Secretary of Transportation, FEDERAL AVIATION ADMINISTRATION, MARION C. BLAKEY, in her official capacity as Administrator of the Federal Aviation Administration, FEDERAL BUREAU OF INVESTIGATION, ROBERT MUELLER, in his official capacity as Director of the Federal Bureau of Investigation, SAN FRANCISCO AIRPORT, CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, COUNTY OF SAN MATEO, SAN FRANCISCO POLICE DEPARTMENT, UAL CORPORATION, UNITED AIRLINES; DAVID NEVINS, an individual, RICHARD PATE, an individual, JOHN BONDANELLA, an individual, JOHN CUNNINGHAM, an individual, ELIZABETH MARON, an individual, and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 06-00545 WHA<br><br>**ORDER FINDING PARTIES' DISCOVERY DISPUTE MOOT AND VACATING DISCOVERY CONFERENCE** |

1  As a result of the Court's order issued today granting the motions to dismiss of the
2  federal defendants, the United Airlines defendants, and defendant John Bondanella, the parties'
3  discovery dispute currently scheduled for discovery conference on August 23, 2006 is deemed
4  moot. The discovery conference is hereby vacated.

**IT IS SO ORDERED.**

Dated: August 16, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2