JAMES McMANIS (SBN 40958)
MARWA ELZANKALY (SBN 206658)
KEVIN HAMMON (232360)
CHRISTINE PEEK (234573)
McMANIS FAULKNER & MORGAN
50 W. San Fernando, 10th Floor
San Jose, CA  95113
Telephone: (408) 279-8700
Facsimile:  (408)279-3244
Email:  melzankaly@mfmlaw.com

Attorneys for Plaintiff
RAHINA IBRAHIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. C 06-0545 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF HEARING ON THE MOTIONS TO DISMISS FILED BY THE CITY AND COUNTY OF SAN FRANCISCO AND US INVESTIGATIONS SERVICES, INC.** |

THE PARTIES TO THIS ACTION HEREBY STIPULATE AS FOLLOWS:

On August 28, 2006, defendants, City and County of San Francisco, James F. Cunningham, Elizabeth A. Maron and Richard E. Pate, filed Defendants' Motion To Dismiss Plaintiff's First Amended Complaint.  On August 31, 2006, plaintiff and defendants, City and County of San Francisco, James F. Cunningham, Elizabeth A. Maron and Richard E. Pate filed a stipulation setting the hearing on October 19, 2006, at 8:00 a.m.

On September 13, 2006, defendant, US Investigations Services, Inc., also filed its motion to dismiss plaintiff's First Amended Complaint and set the hearing on October 19, 2006, at 8:00 a.m. Collectively, the above motions to dismiss are referenced herein as "Defendants' Motions."

On September 15, 2006, plaintiff filed a Notice of Appeal of this Court's order on the motions to dismiss and partial judgment, entered on August 16, 2006.

Case No. C 06-0545 WHA                                   1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF HEARING ON THE MOTIONS TO DISMISS FILED BY THE CITY AND COUNTY OF SAN FRANCISCO AND US INVESTIGATIONS SERVICES, INC.

On September 20, 2006, the federal defendants filed a motion to amend or alter the Court's partial judgment, entered on August 16, 2006. The federal defendants' motion is set for hearing on November 2, 2006.

Plaintiff will be filing an administrative request to stay this action pending determination of plaintiff's appeal, pursuant to Civil Local Rule 7-11. Plaintiff would like to have an opportunity to have her request adjudicated before filing an opposition to the defendants' motions.

The parties, therefore, have agreed to continue hearing on Defendants' Motions to **November 2, 2006, at 8:00 a.m**., the same time that the federal defendants' motion is set for hearing.

IT IS SO STIPULATED.

Dated: September 25, 2006

DENNIS J. HERRERA, City Attorney
JOANNE HOEPER, Chief Trial Deputy
RONALD P. FLYNN, Deputy City Attorney

By: _____/S/_____
RONALD P. FLYNN, ESQ.

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, JAMES F. CUNNINGHAM, ELIZABETH A. MARON, AND RICHARD E. PATE

Dated: September 25, 2006

McMANIS FAULKNER & MORGAN

By: _____/S/_____
MARWA ELZANKALY, ESQ.

Attorneys for Plaintiff
RAHINAH IBRAHIM

Dated: September 25, 2006

ARNOLD & PORTER LLP

By: _____/S/_____
SHARON DOUGLASS MAYO, Esq.

Attorneys for Defendant
U.S. INVESTIGATIONS SERVICES, INC.

1  **IT IS SO ORDERED**



3  DATED: September 26, 2006

_____
JUDGE OF THE U.S. DISTRICT COURT