**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

SEP 16 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **RAHINAH IBRAHIM, an individual**,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF,** in his official capacity as the Secretary of the Department of Homeland Security; **TOM RIDGE,** in his official capacity as the former Secretary of the Department of Homeland Security; **TRANSPORTATION SECURITY ADMINISTRATION; KIP HAWLEY,** in his official capacity as Administrator of the Transportation Security Administration; **DAVID M. STONE,** in his official capacity as Acting Administrator of the Transportation Security Administration; **TERRORIST SCREENING CENTER; DONNA BUCELLA,** in her official capacity as Director of the Terrorist Screening Center; **NORM MINETA,** in his official capacity as Secretary of Transportation; **FEDERAL AVIATION ADMINISTRATION; MARION C. BLAKEY,** in her official capacity as Administrator of the Federal Aviation Administration; **FEDERAL BUREAU OF INVESTIGATION; ROBERT** | No. 06-16727<br><br>D.C. No. CV-06-00545-WHA<br><br>**ORDER** |

MUELLER, in his official capacity as Director of the Federal Bureau of Investigation; UAL CORPORATION; UNITED AIRLINES; DAVID NEVINS, an individual; JOHN BONDANELLA, an individual; TRANSPORTATION SECURITY OPERATIONS CENTER; TRANSPORTATION SECURITY INTELLIGENCE SERVICES,

        Defendants - Appellees,

 and

SAN FRANCISCO AIRPORT; CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO POLICE DEPARTMENT; RICHARD PATE, an individual; JOHN CUNNINGHAM, an individual; ELIZABETH MARON, an individual; US INVESTIGATIONS SERVICES, INC., a Virginia corporation,

        Defendants.

**KOZINSKI**, Chief Judge:

    Federal appellees' unopposed motion for an extension of time to file a petition for rehearing or rehearing en banc is granted. Federal appellees may file a petition on or before November 3, 2008.