FILED

DEC 09 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **RAHINAH IBRAHIM, an individual**, | No. 06-16727 |
| Plaintiff - Appellant, | D.C. No. CV-06-00545-WHA |
| v. | |
| **DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, in his official capacity as the Secretary of the Department of Homeland Security; TOM RIDGE, in his official capacity as the former Secretary of the Department of Homeland Security; TRANSPORTATION SECURITY ADMINISTRATION; KIP HAWLEY, in his official capacity as Administrator of the Transportation Security Administration; DAVID M. STONE, in his official capacity as Acting Administrator of the Transportation Security Administration; TERRORIST SCREENING CENTER; DONNA BUCELLA, in her official capacity as Director of the Terrorist Screening Center; NORM MINETA, in his official capacity as Secretary of Transportation; FEDERAL AVIATION ADMINISTRATION; MARION C. BLAKEY, in her official capacity as Administrator of the Federal Aviation Administration; FEDERAL BUREAU OF INVESTIGATION; ROBERT** | **ORDER** |

**MUELLER, in his official capacity as Director of the Federal Bureau of Investigation; UAL CORPORATION; UNITED AIRLINES; DAVID NEVINS, an individual; JOHN BONDANELLA, an individual; TRANSPORTATION SECURITY OPERATIONS CENTER; TRANSPORTATION SECURITY INTELLIGENCE SERVICES**,

   Defendants - Appellees,

 and

**SAN FRANCISCO AIRPORT; CITY OF SAN FRANCISCO; COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO POLICE DEPARTMENT; RICHARD PATE, an individual; JOHN CUNNINGHAM, an individual; ELIZABETH MARON, an individual; US INVESTIGATIONS SERVICES INC., a Virginia corporation**,

   Defendants.

Before:     **KOZINSKI**, Chief Judge, **N.R. SMITH**, Circuit Judge, and **OTERO**,[*] District Judge.

The petitions for rehearing are denied.  See Fed. R. App. P. 40.  Judge Smith would grant the petitions.

---

[*]     The Honorable S. James Otero, United States District Judge for the Central District of California, sitting by designation.