**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 24 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| RAHINAH IBRAHIM, am individual,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, in his official capacity as the Secretary of the Department of Homeland Security; TOM RIDGE, in his official capacity as the former Secretary of the Department of Homeland Security TRANSPORTATION SECURITY ADMINISTRATION; KIP HAWLEY, in his official capacity as Administrator of the Transportation Security Administration; DAVID M. STONE, in his official capacity as Acting Administrator of the Transportation Security Administration; TERRORIST SCREENING CENTER; DONNA BUCELLA, in her official capacity as Director of the Terrorist Screening Center; NORM MINETA, in his official capacity as Secretary of Transportation; FEDERAL AVIATION ADMINISTRATION; MARION C. BLAKEY, in her official capacity as Administrator of the Federal Aviation Administration FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, in his official capacity as Director of the Federal Bureau of Investigation; UAL CORPORATION, UNITED AIRLINES; DAVID NEVINS, an individual; JOHN BONDANELLA, an individual TRANSPORTATION | No. 06-16727<br>D.C. No. CV-06-00545-WHA<br>Northern District of California,<br>San Francisco<br><br>**MANDATE** |

SECURITY OPERATIONS CENTER;
TRANSPORTATION SECURITY
INTELLIGENCE SERVICES,

    Defendants - Appellees,

 and

SAN FRANCISCO AIRPORT; CITY OF
SAN FRANCISCO; COUNTY OF SAN
FRANCISCO; CITY OF SAN
FRANCISCO POLICE DEPARTMENT;
RICHARD PATE, an individual; JOHN
CUNNINGHAM, an individual
ELIZABETH MARON, an individual; US
INVESTIGATIONS SERVICES INC., a
Virginia corporation,

    Defendants.

The judgment of this Court, entered 8/18/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Synitha Walker
Deputy Clerk