1  MICHAEL F. HERTZ
   Acting Assistant Attorney General, Civil Division
2  SANDRA M. SCHRAIBMAN
   Assistant Branch Director
3  PAUL G. FREEBORNE
   Trial Attorney
4  U.S. Department of Justice
   Civil Division, Federal Programs Branch
5  20 Massachusetts Avenue, NW, Rm. 6108
   Washington, D.C. 20001
6  Phone: (202)353-0543—Fax: (202) 616-8460

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
8

   | | | |
   |---|---|---|
   | RAHINAH IBRAHIM, | ) | No. 3:06-cv-00545 (WHA) |
   | | ) | |
   | Plaintiff, | ) | STIPULATION REQUESTING ORDER |
   | | ) | TO CHANGE DATE OF CASE |
   | v. | ) | MANAGEMENT CONFERENCE AND |
   | | ) | ~~PROPOSED~~ ORDER |
   | DEPARTMENT OF HOMELAND | ) | |
   | SECURITY, et al., | ) | [CIVIL L.R. 6-1(a), 7-12] |
   | | ) | |
   | | ) | Hon. William H. Alsup |
   | | ) | |

   Pursuant to Local Rule 6-1(a) and 7-12, the parties hereby submit this stipulated request for an order to change the date of the case management conference scheduled for February 12, 2008.

   **RECITALS**

   1.  On December 24, 2009, the Ninth Circuit issued its mandate returning this case to this Court.

   2.  By Notice, dated January 28, 2009, Dkt. 149, a case management conference was scheduled for February 12, 2009.

   3.  The parties jointly request that they be afforded additional time to file a joint case management statement, and that the case management conference currently scheduled for February 12, 2009 be continued for a month. The parties request this additional time to consider jointly how best to advance these proceedings. If granted, the parties would submit a joint case management conference statement seven days prior to the date of the conference.

   No. 3:06-cv-00545 (WHA) – Stipulation Requesting Order to Change Date
   of Case Management Conference

4. This is the parties' first request to change the date of the case management conference. Granting this request would not alter any other dates established in these proceedings.

5. Government counsel will be traveling to Riverside, California for oral argument in the Central District of California on March 9, 2009, and would request that the conference be rescheduled for the next day, March 10, 2009, if that date is available on the Court's calendar. Government counsel has conferred with counsel for the other parties, and counsel are all available on that date.

## STIPULATION

Pursuant to Local Rule 6.1(a) and 7-12, the parties hereby jointly request an order changing the date of the case management conference, and that the conference be rescheduled for March 10, 2009, if that date is available on the Court's calendar.

Dated: February 2, 2009            Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General,
Civil Division

SANDRA M. SCHRAIBMAN
Assistant Branch Director

 */s/ Paul G. Freeborne*
PAUL G. FREEBORNE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6108
Washington, D.C. 20001
Phone: (202)353-0543—Fax: (202) 616-8460
Email: paul.freeborne@usdoj.gov

*Attorneys for the Federal Defendants*

No. 3:06-cv-00545 (WHA) – **Stipulation Requesting Order to Change Date of Case Management Conference**                                                                                                                                                         - 2 -

**1**                 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B.**

**2**      I, PAUL G. FREEBORNE, hereby declare pursuant to General Order 45, § X.B., that I

**3** have obtained the concurrence in the filing of this document from each of the other signatories

**4** listed below.

**5**      I declare under penalty of perjury that the foregoing declaration is true and correct.

**6**      Executed on February 2, 2009, in the City of Washington, District of Columbia.

```
                                    /s/ Paul G. Freeborne
                                    PAUL G. FREEBORNE
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Avenue, NW, Rm. 6108
                                    Washington, D.C. 20001
                                    Phone: (202)353-0543—Fax: (202) 616-8460
                                    Email: paul.freeborne@usdoj.gov
```

*Attorneys for the Federal Defendants*

```
                                    /s/ Marwa Elzankaly
                                    MARWA ELZANKALY
                                    McMANNIS FAULKNER & MORGAN
                                    50 West San Fernando Street
                                    Suite 1000, Tenth Floor
                                    San Jose, CA 95113
                                    Phone: (408) 279-8700–Fax: (408) 279-3244
                                    Email:  melzankaly@mcmanisfaulkner.com
```

*Attorneys for Plaintiff*

```
                                    /s/ Ronald P. Flynn
                                    RONALD P. FLYNN
                                    Deputy City Attorney
                                    SAN FRANCISCO CITY
                                       ATTORNEY'S OFFICE
                                    1390 Market Street, Sixth Floor
                                    San Francisco, CA 94102
                                    Phone: (415) 554-3901–Fax: 415) 554-3837
                                    Email:  ronald.flynn@sfgov.org
```

*Attorneys for Defendants City and*
  *County of San Francisco*

|   |   |
|---|---|
| 1 | /s/ Sharon Douglass Mayo<br>ARNOLD & PORTER LLP |
| 2 | 275 Battery Street, Suite 2700<br>San Francisco, CA 94111 |
| 3 | Phone: (415) 356-3000–Fax: (415) 356-3099<br>Email:  sharon.mayo@aporter.com |
| 4 | *Attorneys for John Bondanella* and *U.S.* |
| 5 | *Investigations Services, Inc.* |

**No. 3:06-cv-00545 (WHA) – Stipulation Requesting Order to Change Date
of Case Management Conference**                                                                                      - 4 -

**~~PROPOSED~~ ORDER**

It is hereby **ORDERED** that the case management conference scheduled for February 12, 2009 is continued until ~~March 10, 2009~~ at _____ _.m.  The parties shall file a joint case management conference statement 7 calendar days in advance of the case management conference.

March 12, 2009, at 3:00 p.m.

IT IS SO ORDERED,

Dated: __January 9____, 2009



_____
Hon. William Alsup
United States District Judge

APPROVED
Judge William Alsup

**No. 3:06-cv-00545 (WHA) – Stipulation Requesting Order to Change Date of Case Management Conference** - 5 -