AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Rahinah Ibrahim, an individual | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. C06-0545 WHA |
| Please see attached list | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael E. Leiter, in his official capacity as Director of the
National Counterterrorism Center
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James McManis (40958) / Marwa Elzankaly (206658)
McManis Faulkner
50 W. San Fernando Street, 10th Floor
San Jose, California 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

**SUSAN IMBRIANI**

Date: 04/06/2009

*Signature of Clerk of Court or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. C06-0545 WHA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*: ______________________
______________________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT TO SUMMONS IN A CIVIL ACTION**

| | |
|---|---|
| Secretary Janet Napolitano<br>Department of Homeland Security<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Eric H. Holder<br>Office of the Attorney General<br>455 Golden Gate, Suite 11000<br>San Francisco, CA 94102-7004<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Leonard C. Boyle<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Arthur M. Cummings II<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: National Counterterrorism Center<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Michael E. Leiter<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

| | |
|---|---|
| U.S. Department of State<br>Attn: Civil Process Clerk<br>2201 C Street NW<br>Washington, D.C. 20520 | U.S. Department of State<br>Attn: Hilary Clinton<br>2201 C Street NW<br>Washington, D.C. 20520 |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Rahinah Ibrahim, an individual | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. C06-0545 WHA |
| Please see attached list | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Leonard C. Boyle, in his official capacity as Director of the Terrorist Screening Center
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James McManis (40958) / Marwa Elzankaly (206658)
McManis Faulkner
50 W. San Fernando Street, 10th Floor
San Jose, California 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Date: 04/06/2009

**SUSAN IMBRIANI**

*Signature of Clerk of Court or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. C06-0545 WHA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*: ______________________
______________________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT TO SUMMONS IN A CIVIL ACTION**

| | |
|---|---|
| Secretary Janet Napolitano<br>Department of Homeland Security<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Eric H. Holder<br>Office of the Attorney General<br>455 Golden Gate, Suite 11000<br>San Francisco, CA 94102-7004<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Leonard C. Boyle<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Arthur M. Cummings II<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: National Counterterrorism Center<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Michael E. Leiter<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

| | |
|---|---|
| U.S. Department of State<br>Attn: Civil Process Clerk<br>2201 C Street NW<br>Washington, D.C. 20520 | U.S. Department of State<br>Attn: Hilary Clinton<br>2201 C Street NW<br>Washington, D.C. 20520 |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Rahinah Ibrahim, an individual
*Plaintiff*
v.
Please see attached list
*Defendant*

Civil Action No. C06-0545 WHA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Janet Napolitano, in her official capacity as Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James McManis (40958) / Marwa Elzankaly (206658)
McManis Faulkner
50 W. San Fernando Street, 10th Floor
San Jose, California 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Date: 04/06/2009

SUSAN IMBRIANI
*Signature of Clerk of Court or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. C06-0545 WHA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*: ______________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT TO SUMMONS IN A CIVIL ACTION**

| | |
|---|---|
| Secretary Janet Napolitano<br>Department of Homeland Security<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Eric H. Holder<br>Office of the Attorney General<br>455 Golden Gate, Suite 11000<br>San Francisco, CA 94102-7004<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Leonard C. Boyle<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Arthur M. Cummings II<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: National Counterterrorism Center<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Michael E. Leiter<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

| | |
|---|---|
| U.S. Department of State<br>Attn: Civil Process Clerk<br>2201 C Street NW<br>Washington, D.C. 20520 | U.S. Department of State<br>Attn: Hilary Clinton<br>2201 C Street NW<br>Washington, D.C. 20520 |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Rahinah Ibrahim, an individual
*Plaintiff*
v.
Please see attached list
*Defendant*

Civil Action No. C06-0545 WHA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hilary Clinton, in her official capacity as Secretary of State
Department of State
2201 C Street NW
Washington, D.C. 20520

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James McManis (40958) / Marwa Elzankaly (206658)
McManis Faulkner
50 W. San Fernando Street, 10th Floor
San Jose, California 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Date: 04/06/2009

SUSAN IMBRIANI

*Signature of Clerk of Court or Deputy Clerk*

ATTACHMENT TO SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| Secretary Janet Napolitano<br>Department of Homeland Security<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Eric H. Holder<br>Office of the Attorney General<br>455 Golden Gate, Suite 11000<br>San Francisco, CA 94102-7004<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Leonard C. Boyle<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Arthur M. Cummings II<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: National Counterterrorism Center<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Michael E. Leiter<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

| | |
|---|---|
| U.S. Department of State<br>Attn: Civil Process Clerk<br>2201 C Street NW<br>Washington, D.C. 20520 | U.S. Department of State<br>Attn: Hilary Clinton<br>2201 C Street NW<br>Washington, D.C. 20520 |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. C06-0545 WHA

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*: ______________________
______________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Rahinah Ibrahim, an individual<br>*Plaintiff*<br>v.<br>Please see attached list<br>*Defendant* | ) ) ) ) ) | Civil Action No. C06-0545 WHA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Eric H. Holder, in his official capacity as Attorney General
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James McManis (40958) / Marwa Elzankaly (206658)
McManis Faulkner
50 W. San Fernando Street, 10th Floor
San Jose, California 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

**SUSAN IMBRIANI**

*Signature of Clerk of Court or Deputy Clerk*

Date: 04/06/2009

Civil Action No. C06-0545 WHA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*: ______________________
______________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| Secretary Janet Napolitano<br>Department of Homeland Security<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Eric H. Holder<br>Office of the Attorney General<br>455 Golden Gate, Suite 11000<br>San Francisco, CA 94102-7004<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Leonard C. Boyle<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Arthur M. Cummings II<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: National Counterterrorism Center<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Michael E. Leiter<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

| | |
|---|---|
| U.S. Department of State<br>Attn: Civil Process Clerk<br>2201 C Street NW<br>Washington, D.C. 20520 | U.S. Department of State<br>Attn: Hilary Clinton<br>2201 C Street NW<br>Washington, D.C. 20520 |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Rahinah Ibrahim, an individual | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. C06-0545 WHA |
| Please see attached list | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Department of State
Attn: Civil Process Clerk
2201 C Street NW
Washington, D.C. 20520

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James McManis (40958) / Marwa Elzankaly (206658)
McManis Faulkner
50 W. San Fernando Street, 10th Floor
San Jose, California 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Date: 04/06/2009

SUSAN IMBRIANI
*Signature of Clerk of Court or Deputy Clerk*

Civil Action No. C06-0545 WHA

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*: ______________________
______________________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT TO SUMMONS IN A CIVIL ACTION**

| | |
|---|---|
| Secretary Janet Napolitano<br>Department of Homeland Security<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Eric H. Holder<br>Office of the Attorney General<br>455 Golden Gate, Suite 11000<br>San Francisco, CA 94102-7004<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Leonard C. Boyle<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Arthur M. Cummings II<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: National Counterterrorism Center<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Michael E. Leiter<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

| | |
|---|---|
| U.S. Department of State<br>Attn: Civil Process Clerk<br>2201 C Street NW<br>Washington, D.C. 20520 | U.S. Department of State<br>Attn: Hilary Clinton<br>2201 C Street NW<br>Washington, D.C. 20520 |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Rahinah Ibrahim, an individual | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. C06-0545 WHA |
| Please see attached list | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Arthur M. Cummings, II, in his official capacity as Executive Assistant Director of the FBI's National Security Branch
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James McManis (40958) / Marwa Elzankaly (206658)
McManis Faulkner
50 W. San Fernando Street, 10th Floor
San Jose, California 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

SUSAN IMBRIANI

Date: 04/06/2009

*Signature of Clerk of Court or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. C06-0545 WHA

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*: ______________________
______________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT TO SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| Secretary Janet Napolitano<br>Department of Homeland Security<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Eric H. Holder<br>Office of the Attorney General<br>455 Golden Gate, Suite 11000<br>San Francisco, CA 94102-7004<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Leonard C. Boyle<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Arthur M. Cummings II<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: National Counterterrorism Center<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Michael E. Leiter<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

| | |
|---|---|
| U.S. Department of State<br>Attn: Civil Process Clerk<br>2201 C Street NW<br>Washington, D.C. 20520 | U.S. Department of State<br>Attn: Hilary Clinton<br>2201 C Street NW<br>Washington, D.C. 20520 |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Rahinah Ibrahim, an individual | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. C06-0545 WHA |
| Please see attached list | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

National Counterterrorism Center
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James McManis (40958) / Marwa Elzankaly (206658)
McManis Faulkner
50 W. San Fernando Street, 10th Floor
San Jose, California 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Date: 04/06/2009

SUSAN IMBRIANI

*Signature of Clerk of Court or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. C06-0545 WHA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*: ______________________
______________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT TO SUMMONS IN A CIVIL ACTION**

| | |
|---|---|
| Secretary Janet Napolitano<br>Department of Homeland Security<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Eric H. Holder<br>Office of the Attorney General<br>455 Golden Gate, Suite 11000<br>San Francisco, CA 94102-7004<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Leonard C. Boyle<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Arthur M. Cummings II<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |
| Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: National Counterterrorism Center<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>Attn: Michael E. Leiter<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

| | |
|---|---|
| U.S. Department of State<br>Attn: Civil Process Clerk<br>2201 C Street NW<br>Washington, D.C. 20520 | U.S. Department of State<br>Attn: Hilary Clinton<br>2201 C Street NW<br>Washington, D.C. 20520 |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | U.S. Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |