DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
RONALD P. FLYNN, State Bar #184186
PETER J. KEITH, State Bar #206482
Deputy City Attorneys
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3908
Facsimile:    (415) 554-3985

Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO AIRPORT,
SAN FRANCISCO POLICE DEPARTMENT,
JAMES CUNNINGHAM,
ELIZABETH MARON, AND
RICHARD PATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Defendants. | Case No. C06-0545 WHA<br><br>[PROPOSED] ORDER AUTHORIZING DISCOVERY OF CONFIDENTIAL CRIMINAL HISTORY INFORMATION IN THE POSSESSION OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO [STIPULATED]<br><br>Date Action Filed:    January 27, 2006<br>Trial Date:              April 12, 2010 |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 26(c) the parties have met and conferred and stipulate as follows:

1. Good cause exists for the Court to authorize the parties to this action to receive certain "state summary criminal history information," as defined in California Penal Code section 11105(a), in the possession of the City and County of San Francisco. Namely:

2. Plaintiff Rahinah Ibrahim contends, *inter alia*, that the San Francisco Defendants unlawfully searched and seized her in violation of the Fourth Amendment of the United States Constitution. The San Francisco Defendants contend that their search and seizure of Ibrahim was lawful or that qualified immunity applies. During the subject incident, San Francisco police officers contend they received and considered certain state summary criminal history information in determining what actions to take regarding Ibrahim. This information, reflected in a document in the possession of the City and County of San Francisco, may be relevant to whether San Francisco Defendants' actions were lawful. It is therefore discoverable, and good cause exists for its discovery.

3. Section 11142 of the California Penal Code makes it a misdemeanor to disclose state summary criminal history information to a person who is not authorized to receive such information. However, under section 11140 of the California Penal Code, a court may authorize persons to receive such information. Because good cause exists for discovery of the state summary criminal history information received by San Francisco Defendants during the subject incident, the parties respectfully request that the Court authorize the parties to this action to obtain that information in discovery.

4. State summary criminal history information produced in this action should be treated as confidential information subject to the terms of the Stipulated Protective Order in this action.

5. The term "state summary criminal history information" as used herein is a statutorily defined term. Its use is not intended to suggest that Plaintiff Rahinah Ibrahim has engaged in any criminal activity.

1  IT IS SO STIPULATED.

2  Dated: Sept. 29, 2009          McMANIS FAULKNER

3
4  By: /s/ Elizabeth Pipkin
   ELIZABETH PIPKIN, Esq.
5
   Attorneys for Plaintiff
6  RAHINAH IBRAHIM

7
8  Dated: Sept 29, 2009           ARNOLD & PORTER LLP

9
   By: /s/ Sharon Douglass Mayo
10  SHARON DOUGLASS MAYO, Esq.

11  Attorneys for Defendants
    U.S. INVESTIGATIONS SERVICES, INC.
12  and JOHN BONDANELLA

13  Dated: Sept 29, 2009           DENNIS J. HERRERA
                                    City Attorney
14
15
    By: /s/ Ronald P. Flynn
16  ~~PETER J. KEITH~~, Deputy City Attorney
    Ronald P. Flynn
17  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
18  JAMES CUNNINGHAM, ELIZABETH MARON,
    AND RICHARD PATE

19
20
21
22
23
24
25
26
27
28

ORDER RE CRIMINAL HISTORY INFORMATION         3
Ibrahim v. DHS, et al. – USDC No. C06-0545 WHA

## ORDER

Pursuant to stipulation, and good cause appearing, the Court orders as follows:

1. The parties to this action are authorized to receive state summary criminal history information that any of the San Francisco Defendants may have received during the incident that is the subject of this lawsuit.

2. Any state summary criminal history information produced by Defendant City and County of San Francisco shall be treated as confidential information subject to the terms of the Stipulated Protective Order in this action.

IT IS SO ORDERED.

DATED: October 1, 2009



ORDER RE CRIMINAL HISTORY INFORMATION
Ibrahim v. DHS, et al. - USDC No. C06-0545 WHA
4