IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM, an individual,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

With respect to the October 27 letter, formal briefing is appropriate, so:

| | | |
|---|---|---|
| Plaintiff's opening motion: | November 5 | Noon |
| Opposition: | November 12 | Noon |
| Reply: | November 16 | Noon |
| Hearing: | November 19 | 2:00 p.m. |

On the day of the hearing at **11:00 A.M.**, counsel shall report to the judge's chamber and then go to the attorney lounge on the eighteenth floor and meet-and-confer to resolve the issue, failing which the hearing shall be held as scheduled above.

Please note that only those counsel who participate in the meet-in-confer in the attorney's lounge may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: October 28, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE