ARNOLD & PORTER LLP
SHARON D. MAYO (Bar No. 150469)
RHONDA STEWART GOLDSTEIN (Bar No. 250387)
275 Battery Street, Suite 2700
San Francisco, California 94111-3823
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
E-mail: sharon.mayo@aporter.com
E-mail: rhonda.goldstein@aporter.com

Attorneys for Defendants John Bondanella and
US Investigations Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　Defendants. | Case No. CV 06-00545 WHA<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST OF DEFENDANT JOHN BONDANELLA TO BE EXCUSED FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>Date:　November 6, 2009<br>Time:　10:00 a.m.<br>Place:　Chambers of the Hon. Maria-Elena James, 15th Floor |

The Request of defendant John Bondanella to be excused from personal attendance at the November 6, 2009 settlement conference has been reviewed and considered by the Court. On proof made to the Court that the Request should be granted and on good cause shown,

**IT IS HEREBY ORDERED** that defendant John Bondanella is excused from personally attending the November 6, 2009 settlement conference in this matter. Mr. Bondanella is to remain available by telephone that day to respond to any questions or issues that may arise.

DATED: October 30, 2009

_____
THE HON. MARIA ELENA JAMES
United States Magistrate Judge