United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM, an individual,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Defendants.
                               /

No. C 06-00545 WHA

**ORDER SETTING HEARING
ON DEFENDANTS'
DISCOVERY DISPUTE**

The Court **SETS** a hearing on defendant's discovery dispute for **FRIDAY, NOVEMBER 6, 2009, AT 2:30 P.M.** Plaintiff's response is due by **NOON ON NOVEMBER 5**.

**IT IS SO ORDERED.**

Dated: November 4, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE