**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

        Plaintiff,

  v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

        Defendants.

_____/

No. C 06-00545 WHA

**ORDER CHANGING HEARING
DATE AND RESPONDING TO
NON-PARTIES' LETTER RE
MOTION TO QUASH**

This action challenges the placement of plaintiff's name on the "no-fly list." An order dated July 27, 2009, dismissed all federal government defendants, including the Department of State, FBI, Department of Homeland Security, and Transportation Security Administration, from this action (Dkt. No. 197). On November 5, 2009, plaintiff moved to compel the former federal defendants to produce responses to various special interrogatories and requests for production (Dkt. No. 231). The former federal defendants filed an opposition to plaintiff's motion on November 12, 2009 (Dkt. No. 243).

On November 13, 2009, former federal defendants DOS, FBI, DHS, and TSA filed letter objecting to four subpoenas served on them and their employees by plaintiffs (Dkt. No. 245). These objections track many of the same arguments made in the November 12 opposition. A formal motion to quash the subpoenas has not been filed. If these entities wish to have this Court consider their objections, they must file a formal motion to quash the subpoenas.

1    The motion to quash will be expedited per the schedule below because it recites basically the

2    same issue already briefed and will be more convenient, for all concerned, for all motions to be

3    heard at the same time.

4           The former federal defendants and the San Francisco defendants have likewise filed letters

5    requesting that the hearing currently scheduled for Wednesday, November 25, 2009, be continued

6    to at least the following week, in light of the impending Thanksgiving holiday (Dkt. Nos.

7    246–47).  Rather than postpone the hearing, we will move up the hearing date to accommodate

8    the parties' schedules.  The following schedule will now apply:

9        •    The motion to quash, to be heard on shortened time, must be filed by

10            **TUESDAY, NOVEMBER 17, 2009, AT NOON**.

11       •    Plaintiff's opposition to the motion to quash must be filed by **THURSDAY,**

12            **NOVEMBER 19, 2009, AT NOON**.

13       •    The hearing for plaintiff's motion to compel production of documents and

14            answers to interrogatories as to the federal defendants (Dkt. No. 231),

15            defendant's motion for order authorizing disclosures by San Francisco

16            defendants (Dkt. No. 238), and the pending motion to quash the subpoenas

17            will take place on **MONDAY, NOVEMBER 23, 2009, AT 9:00 A.M.**

18

19          **IT IS SO ORDERED.**

20

21   Dated:  November 13, 2009.

22                                                         WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2