IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Defendants.

No. C 06-00545 WHA

**ORDER DENYING SAN FRANCISCO DEFENDANTS' REQUEST TO MODIFY THE COURT'S ORDER OF NOVEMBER 18, 2009**

On November 16, 2009, former federal defendants, including the FBI, Department of Homeland Security, and Transportation Security Administration, filed an administrative motion to file under seal and *in camera* attachment A to former federal defendants' opposition to San Francisco defendants' motion to authorize disclosure (Dkt. No. 250). An order dated November 17, 2009, partially granted former federal defendants administrative motion (Dkt. No. 255). Per a request by the former federal defendants, an order dated November 18, 2009, then clarified the November 17 order. San Francisco defendants now request a modification to the November 18 order. Counsel have transformed this proceeding into a mess. The Court has tried to sort it out with its order earlier today. It may not be perfect, but it is the best that can be done under the circumstances and will not be further modified.

**IT IS SO ORDERED.**

Dated: November 18, 2009.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE