IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM, an individual,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Defendants.

No. C 06-00545 WHA

**CLARIFICATION OF ORDER DATED DECEMBER 17, 2009**

    All information about plaintiff or why she was or should or should not have been detained from any federal agency (as well as from defendants Bondanella and USIS) made available to the San Francisco defendants on January 2, 2005, and prior to plaintiff's release may be of use to vindicate those defendants (or to inculpate them) and, therefore, were intended to be included in the scope of the order dated December 17, 2009, authorizing use and disclosure of sensitive security information, subject to the limitation set forth in that order.

    **IT IS SO ORDERED.**

Dated: December 24, 2009.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE