JAMES McMANIS (40958)
ELIZABETH PIPKIN (243611)
CHRISTINE PEEK (234573)
RUBY H. KAZI (243872)
McMANIS FAULKNER
A Professional Corporation
50 W. San Fernando, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
cpeek@mcmanislaw.com

Attorneys for Plaintiff, Rahinah Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al. <br><br> Defendants. | CASE NO. C06-0545 WHA <br><br> **ACKNOWLEDGMENT OF DUTY REGARDING SENSITIVE SECURITY INFORMATION PURSUANT TO THE COURT'S DECEMBER 17, 2009 ORDER** |

Pursuant to the Court's order dated December 17, 2009, I agree that if I am given access to any information designated sensitive security information by the TSA, I will keep the information confidential and will use it solely for the purpose of this litigation. I agree and acknowledge that I am bound by the Court's December 17, 2009 order that the sensitive security information described in the order may be used solely for purpose of this litigation.

| | | |
|---|---|---|
| 1 | DATED: December 28, 2009 | McMANIS FAULKNER |
| 2 | | |
| 3 | | |
| 4 | | By: *Christine E. Peek* |
| | | CHRISTINE PEEK |
| 5 | | Attorneys for Plaintiff, RAHINAH IBRAHIM |

2

ACKNOWLEDGMENT OF DUTY REGARDING SENSITIVE SECURITY INFORMATION PURSUANT TO THE COURT'S DECEMBER 17, 2009 ORDER; Case No.: C 06-0545 WHA