IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

No. C 06-00545 WHA

**ORDER REGARDING SECURITY SCREENING OF COURT PERSONNEL**

Although the Court previously held that court reporters need not be vetted by the screening process generally required for clearance to view sensitive security information (SSI), the undersigned has determined that one of the court reporters in San Francisco, Ms. Connie Kuhl, has been already cleared to view classified information. As an accommodation to the government, and without modifying any previously issued orders, the Court suggests that all depositions be taken as evidentiary hearings in the San Francisco federal courthouse by court reporter Kuhl, and that Ms. Kuhl also serve as the court reporter at trial. The government is free to contact Ms. Kuhl to obtain additional information regarding her prior security clearance, and further vet her as they see fit. Please let the undersigned know as soon as possible whether this suggestion holds promise.

The government should also be aware that the judicial assistant to the undersigned was kindly contacted by Mr. Jarett Merk, a security specialist from the Justice Department, whose

understanding was that the undersigned's law clerks and other court personnel would be subject to background checks and security screening. No, the Court has already ruled that court personnel will have access to SSI presented in this case and are not subject to the screening process. This will include one law clerk to the undersigned (and his successor, if needed), the deputy courtroom clerk, and the court's judicial assistant as necessary. Very likely, Mr. Merk was not made aware of the Court's prior ruling on this matter, and the undersigned would appreciate if government counsel contacted Mr. Merk directly to apprise him of the status of this case.

**IT IS SO ORDERED.**

Dated: January 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE