1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

        Plaintiff,

  v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

        Defendants.

                  /

No. C 06-00545 WHA

**ORDER REGARDING RULE 68
OFFER OF JUDGMENT**

     The Court has received plaintiff's notice of acceptance of the Rule 68 offer of judgment by defendants City and County of San Francisco (including San Francisco Airport and San Francisco Police Department), James Cunningham, Elizabeth Maron, Richard Pate, John Bondanella, and US Investigations Services, Inc. (now known as Altegrity, Inc.). Both sides must advise the Court, **BY NOON ON MONDAY, MARCH 15, 2010**, whether this acceptance disposes of the case (meaning, whether any claims remain to be tried) and whether judgment should be entered as stated in the notice. If so, please submit a stipulated form of judgment by the above deadline.

     **IT IS SO ORDERED.**

Dated:  March 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE