FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 17 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>             Plaintiff - Appellee,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY; et al.,<br><br>             Defendants - Appellants,<br><br>JOHN BONDANELLA; et al.,<br><br>             Defendants - Appellees. | No. 10-15342<br><br>D.C. No. 3:06-cv-00545-WHA<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| RAHINAH IBRAHIM, an individual,<br><br>             Plaintiff - Appellant,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY; et al.,<br><br>             Defendants - Appellees,<br><br>  and<br><br>JOHN BONDANELLA; et al.,<br><br>             Defendants. | No. 10-15352<br><br>D.C. No. 3:06-cv-00545-WHA<br>Northern District of California,<br>San Francisco |

KS/MOATT

Before:  O'SCANNLAIN, W. FLETCHER, and PAEZ, Circuit Judges.

Appellants/cross-appellees' motion to clarify the court's October 15, 2010 order is granted and we vacate the district court's discovery orders which are the subject of these appeals.

**DISMISSED.**