UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 27 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>    Defendants - Appellants,<br><br>JOHN BONDANELLA, an individual; et al.,<br><br>    Defendants - Appellees, | No. 10-15342<br><br>D.C. No. 3:06-cv-00545-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| RAHINAH IBRAHIM, an individual,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>    Defendants - Appellees,<br><br> and | No. 10-15352<br><br>D.C. No. 3:06-cv-00545-WHA<br>U.S. District Court for Northern California, San Francisco |

JOHN BONDANELLA, an individual; et al.,

        Defendants.

The judgment of this Court, entered October 15, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        Molly C. Dwyer
        Clerk of Court
        /s/
        Theresa Benitez
        Deputy Clerk