FILED

APR 26 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAHINAH IBRAHIM, an individual, | No. 10-15873 |
| Plaintiff - Appellant, | D.C. No. 3:06-cv-00545-WHA Northern District of California, San Francisco |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, in his official capacity as the former Secretary of the Department of Homeland Security; TOM RIDGE, in his official capacity as the former Secretary of the Department of Homeland Security; TERRORIST SCREENING CENTER; DONNA BUCELLA, in her official capacity as former Director of the Terrorist Screening Center, FEDERAL BUREAU OF INVESTIGATION; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation; JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland security; ERIC H. HOLDER, Jr., Attorney General, in his official capacity as Attorney General; ARTHUR M. CUMMINGS, II, in his official capacity as Executive Assistant Director of the FBI's National Security Branch; NATIONAL COUNTERTERRORISM CENTER; MICHAEL E. LEITER, in his official capacity as Director of the National Counterterrorism Center; DEPARTMENT | ORDER |

OF STATE; HILARY CLINTON, in her official capacity as Secretary of State; ,

    Defendants - Appellees,

 and

US INVESTIGATIONS SERVICES, INC., a Virginia corporation; JOHN BONDANELLA, an individual; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO AIRPORT; SAN FRANCISCO POLICE DEPARTMENT; RICHARD PATE, an individual; JOHN CUNNINGHAM, an individual; ELIZABETH MARON, an individual,

    Defendants.

Before: W. FLETCHER, Circuit Judge

  The Government's second motion to extend time to file a petition for rehearing, filed on April 17, 2012, is denied as moot.

  The Government's petition for panel rehearing and petition for rehearing en banc, received April 25, 2012, is ordered FILED.