UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY; et al.,<br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>US INVESTIGATIONS SERVICES, INC., a Virginia corporation; et al.,<br><br>        Defendants. | No. 10-15873<br><br>D.C. No. 3:06-cv-00545-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

      The judgment of this Court, entered February 08, 2012, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      Cost are taxed against appellees in the amount of $437.60

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Lee-Ann Collins
Deputy Clerk