JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
A Professional Corporation
50 W. San Fernando, 10th Floor
San Jose, CA  95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
cpeek@mcmanislaw.com

Attorneys for Plaintiff,
Rahinah Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>  Defendants. | CASE NO.  C06-0545 WHA<br><br>**PLAINTIFF'S STATEMENT OF NONOPPOSITION TO DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR A CONTINUANCE OF THE SEPTEMBER 6, 2012 CASE MANAGEMENT CONFERENCE**<br><br>The Hon. William Alsup |

PLAINTIFF'S STATEMENT OF NONOPPOSITION TO DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR A CONTINUANCE OF THE SEPTEMBER 6, 2012 CASE MANAGEMENT CONFERENCE; Case No. C 06-0545 WHA

# STATEMENT OF NONOPPOSITION

Plaintiff, Rahinah Ibrahim ("Ibrahim"), hereby provides notice that she does not oppose Defendants' Unopposed Administrative Motion For A Continuance Of The September 6, 2012 Case Management Conference, filed on or about August 10, 2012.

DATED:  August 15, 2012                         McMANIS FAULKNER


                                                By:   /s/ Christine Peek
                                                      CHRISTINE PEEK
                                                      Attorneys for Plaintiff, RAHINAH IBRAHIM

---

1

PLAINTIFF'S STATEMENT OF NONOPPOSITION TO DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR A CONTINUANCE OF THE SEPTEMBER 6, 2012 CASE MANAGEMENT CONFERENCE; Case No. C 06-0545 WHA