**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,                                   No. C 06-00545 WHA

        Plaintiff,

  v.                                             **CASE MANAGEMENT
                                                    ORDER ON REMAND**

DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Defendants.

_____/

      As stated at the case management conference, discovery shall begin immediately.

Defendant's motion to dismiss must be filed by **NOON ON NOVEMBER 1**.  Another case

management conference is set for **11:00 A.M. ON NOVEMBER 8, 2012**.  The parties must file a

joint case management statement one week prior to the conference.  This matter is hereby

**REFERRED** to **MAGISTRATE JUDGE JACQUELINE CORLEY** for **MEDIATION / SETTLEMENT**.


      **IT IS SO ORDERED.**


Dated:   October 11, 2012.

                              _____
                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE