**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.
_____/

No. C 06-00545 WHA

**ORDER SETTING BRIEFING SCHEDULE RE EX PARTE DISCLOSURES**

As discussed at today's conference, the briefing schedule on the requirements and procedure for ex parte disclosures regarding national security shall be adjusted as follows: By **NOON ON TUESDAY, NOVEMBER 20**, the government shall file its brief. Plaintiff shall file its brief by **NOON ON TUESDAY, DECEMBER 4**. The government may then file a five-page reply by **NOON ON TUESDAY, DECEMBER 11**.

**IT IS SO ORDERED.**

Dated: November 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE