IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM, an individual,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER REQUESTING RESPONSE**

    The Court is in receipt of defendant's letter of November 7 requesting a stay in discovery and requests the views of plaintiff limited to five pages or less by **NOON ON DECEMBER 3, 2012**. The Court will address this issue at the hearing on the federal defendants' motion to dismiss on December 20.

**IT IS SO ORDERED.**

Dated: November 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE