United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**NOTICE**

    Appended hereto is a proposed case management order for discussion at our hearing on Thursday. Of course, if the case is dismissed, then this order will be moot. If the case is not dismissed, then we will need a case management order and the undersigned would like to save counsel the expense of a second trip. Please read and be prepared to comment on the proposed case management order.

**IT IS SO ORDERED.**

Dated: December 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE