UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:   December 20, 2012                         Total Hearing Time: 21 minutes

Case No.   C06-00545 WHA

Title: RAHINAH IBRAHIM v. DEPARTMENT OF HOMELAND SECURITY

Plaintiff Attorney(s): Christine Peek; Elizabeth Pipkin

Defense Attorney(s): Paul Freeborne; Jack Theis

Deputy Clerk:   Dawn Toland                       Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   Motion to Dismiss - Taken Under Submission

2)   Discovery Hearing - HELD


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Attorney James McManus can request a continuance of the trial after he has completed the security clearance. Plaintiff will not be allowed to view confidential documents, only counsel can. Court is adopting the proposed case management order.