IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER REGARDING PRIVILEGE LOG**

Defendants object to producing a privilege log listing classified documents. Any documents that are actually classified and so stamped may be submitted *ex parte* and *in camera* and the Court will decide the extent to which they must be produced. Each page should be Bates stamped for ease of reference. The date each such document was actually classified shall be stated in a declaration also to be reviewed *ex parte* and *in camera*. The extent to which the privilege log for classified documents and the classified documents themselves will be provided to the plaintiff's counsel will be decided after the review but if government counsel disagrees it will be given a chance to appeal.

All other non-classified documents and materials must be identified in a privilege log provided to plaintiff's counsel subject to an appropriate protective order.

**IT IS SO ORDERED.**

Dated: February 15, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE