IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.
                                /

No. C 06-00545 WHA

**ORDER DENYING DISCOVERY REQUESTS**

Plaintiff's requests that defendants be required to (1) submit declarations in support of their invocation of executive privilege at the same time they serve their privilege log for classified documents, and (2) produce a non-classified summary of any withheld classified documents prior to the date plaintiff's motion to compel is due — are **DENIED**. The procedures and schedule contemplated by the Court's recent discovery orders are sufficient at present.

**IT IS SO ORDERED.**

Dated: February 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE