IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | No. C 06-00545 WHA<br><br>**ORDER REGARDING<br>GOVERNMENT SUBMISSIONS** |

With respect to the recent lodging of classified documents, the Court has found at least one that is marked "Sensitive But Unclassified." Government counsel shall please submit (*ex parte* and *in camera*) a list specifying all such documents in the submission and, as to each, explain why it should not be turned over to plaintiff's counsel on an attorney's eyes only basis. Further, as to each document in the submission that bears no legend at all, meaning no classified or other stamp, identify each and explain why it should not be turned over to plaintiff's counsel. Please submit this by **MONDAY, MARCH 18 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE