JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
A Professional Corporation
50 W. San Fernando St., 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
cpeek@mcmanislaw.com

Attorneys for Plaintiff,
Rahinah Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | CASE NO. C 06-0545 WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL<br><br>[Civ. L.R. 79-5] |

Having considered Plaintiff's Administrative Motion to Seal, the Court now enters the following ORDER:

The clerk shall seal Plaintiff's Reply and Objections to Evidence in Support of Motion to Compel Further Responses to Written Discovery and to Compel Rule 30(b)(6) Depositions.

IT IS SO ORDERED.

DATED: March 25, 2013.    _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL
Case No. C 06-0545 WHA