JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
A Professional Corporation
50 W. San Fernando St., 10th Floor
San Jose, CA 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
cpeek@mcmanislaw.com

Attorneys for Plaintiff,
Rahinah Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | CASE NO.  C 06-0545 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL<br><br>[Civ. L.R. 79-5] |

Having considered Plaintiff's Administrative Motion to Seal, the Court now enters the following ORDER:

1.   The clerk shall seal Plaintiff's Response To Defendants' Opposition To Plaintiff's Motion To Compel Allegedly Classified Documents.

2.   The clerk shall seal the Supplemental Reply Declaration Of Christine Peek In Support Of Plaintiff's Motion To Compel Further Responses To Written Discovery And To Compel Rule 30(b)(6) Depositions and all exhibits.

IT IS SO ORDERED.

DATED:  March 28, 2013.         _____
                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE

1
[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL
Case No. C 06-0545 WHA