IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER REGARDING SEALED SUBMISSIONS**

    The parties are requested to resubmit unredacted hard copies of all papers submitted in connection with plaintiff's motion to compel (Dkt. No 425) which were approved for sealing by prior orders. These unredacted versions of the parties' submissions will be filed on the Court's sealed (non-public) docket. For the avoidance of doubt, this order does not apply to redactions of information protected by the state secrets privilege, nor does it apply to papers that were filed solely on an *ex parte*, *in camera* basis.

    **IT IS SO ORDERED.**

Dated: April 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE