Case3:06-cv-00545-WHA Document470 Filed04/23/13 Page1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM, | No. C 06-00545 WHA |
| Plaintiff, | |
| v. | **REQUEST REGARDING SSI CLEARANCES** |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. / | |

Plaintiff requests that the government be ordered to complete processing of SSI applications for plaintiff's legal team in an expedited manner, or in the alternative that discovery and trial dates be extended. Defendant responds that the applications are already being processed in an expedited manner. The government is requested to provide a timeline for completion of the applications by **APRIL 25 AT NOON**.

**IT IS SO ORDERED.**

Dated: April 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE