IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER RE MOTION TO QUASH**

    Defendants have filed a letter brief stating they "intend" to move to quash or seek a protective order regarding the depositions of the of the Attorney General and the Director of National Intelligence. The depositions were noticed for May 24. Given the limited time available, defendants' letter brief will be received as their motion to quash. Plaintiff shall file a response by **MAY 21 AT NOON**. No replies, please.

    **IT IS SO ORDERED.**

Dated: May 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE