**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER RE MOTIONS FOR RECONSIDERATION**

Plaintiff has filed two motions for reconsideration (Dkt. Nos. 485–86). The government shall file a response to these motions not to exceed five pages by **JUNE 19 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE