IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER RE DISPUTE OVER DEPOSITION OATH**

The parties have noticed a deposition of plaintiff for July 5 in London. According to plaintiff, the parties dispute whether plaintiff's deposition testimony will be admissible at trial if the oath is administered by a United Kingdom notary public instead of a United States consular officer. The government shall file a response to plaintiff's letter brief by **JULY 2 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE