IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-00545 WHA<br><br>**ORDER DENYING REQUEST FOR HEARING** |

Plaintiff's counsel contends that the government *may have* reviewed plaintiff's emails as part of the recently-publicized PRISM program. The government has refused to answer questions on this topic from plaintiff's counsel via email correspondence and has requested that plaintiff's counsel adhere to standard discovery procedures. Dissatisfied with this response, plaintiff's counsel has filed a "request for hearing" that does not comport with the local rules or the Court's supplemental order (Dkt. No. 359).

The "request for hearing" constitutes an end-run around the discovery rules and is accordingly **DENIED**. Plaintiff's counsel is requested to please comply with the Civil Local Rules and the Court's supplemental order for all future filings.

**IT IS SO ORDERED.**

Dated: July 22, 2013.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE