JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
ELIZABETH PIPKIN (243611)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:     (408) 279-3244
Email:            cpeek@mcmanislaw.com
                     epipkin@mcmanislaw.com

Attorneys for Plaintiff,
Rahinah Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual, <br><br> Plaintiff <br><br> vs. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants, | Case No.:   C 06-0545 WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT FROM DOCKET; DOCKET NUMBER 508** <br><br> [ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11] |

On July 24, 2013 Plaintiff inadvertently filed her Redacted Memorandum of Points and Authorities in Support of Plaintiff's Motion for Continuance (Doc. #508), which was missing redactions to sensitive security information subject to the protective order.  After being informed of the error by Defendant's counsel, plaintiff immediately called the ECF Help Desk and put a temporary lock on the document.

This motion is unopposed by defendants.

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT FROM DOCKET;  DOCKET NUMBER 508; C 06-0545 WHA

1
2   The court hereby orders that the Redacted Memorandum of Points and Authorities in
3   Support of Plaintiff's Motion for Continuance (Doc. #508) be permanently removed from ECF.
4   DATED:  July 29, 2013.                        _____
5                                                William Alsup
                                                 United States District Judge