IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM, | No. C 06-00545 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING RESPONSE TO DISCOVERY LETTER** |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. / | |

    Plaintiff has filed a discovery dispute letter regarding the government's alleged failure to produce documents and allegedly improper redactions. The government shall respond to this letter by **AUGUST 7 AT NOON**.

    **IT IS SO ORDERED.**

Dated: August 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE