1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    RAHINAH IBRAHIM,                          No. C 06-00545 WHA
10            Plaintiff,
11      v.                                      **ORDER RE MOTION TO
                                                 COMPEL (DKT. NO. 515)**
12   DEPARTMENT OF HOMELAND
     SECURITY, et al.,
13
14            Defendants.
                                         /
15

16        By **WEDNESDAY, SEPTEMBER 11 AT NOON** the government shall lodge with the Court

17   for *ex parte* and *in camera* review all documents from plaintiff's chart in Dkt No. 515 Exh. A

18   (under seal) that (1) have not yet been produced, and (2) were not reviewed by the Court prior to

19   the April 19 discovery orders.  The government shall lodge classified and non-classified

20   documents separately according to the established procedures in this action.  The government

21   shall also submit an updated version of its chart contained in Dkt. No. 519-2 (under seal) that

22   encompasses only the lodged documents still in dispute.  The government shall file any

23   declarations necessary to support its privilege assertions with the lodged documents.  To the

24   extent possible, the declarations should be drafted so as to permit public filing.

25
26        **IT IS SO ORDERED.**

27
28   Dated:   September 6, 2013.

                                        _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California