IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER DENYING MOTION TO COMPEL PRODUCTION OF CLASSIFIED DOCUMENTS**

With respect to FBI Class 672–887, this order finds that it has been properly classified as "secret" because, among other things, it sets forth specific and detailed investigative procedures used by the FBI to track terrorists.

With respect to FBI Class 591–671, this order makes the same finding as to the FBI, NSA, CIA, and Department of State.

These documents are properly withheld under the state secrets doctrine. Plaintiff's motion to compel these documents (Dkt. No. 515) is accordingly **DENIED**. The unclassified documents sought by plaintiff's motion will be addressed in a separate order.

**IT IS SO ORDERED.**

Dated: September 13, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE