IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendant.

No. C 06-00545 WHA

**ORDER RE WITHHELD DOCUMENTS**

Plaintiff's pending motion to compel production of documents (Dkt. No. 515) raises questions regarding what evidence the government intends to rely on at summary judgment and at trial. The Court is of the view that the government may not rely in any way upon any information it has refused to turn over to plaintiff in response to a reasonable request. The government shall file a submission stating whether it agrees with or objects to this principle by **SEPTEMBER 17 AT NOON**. Although this principle applies across the board, the government should also specifically address the question as it pertains to plaintiff's arguments in favor of compelling production of TSC UNCLASS PRIV ID 07 (TSC 2013.09.11 000001-72).

**IT IS SO ORDERED.**

Dated: September 13, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE