**EXHIBIT NNN**

FD-542 (Rev. 04-06-2007)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                    Date: 06/01/2007

To: San Francisco                  Attn: SA

From: San Francisco
      Contact: SA

Approved By:

Drafted By: :rcb                                       b6
                                                       b7A
Case ID #:                        (Pending)            b7C
                                  (Pending)            b7E
                                  (Pending)

Title: Mosque Liaison Contacts;

Synopsis: To report statistical accomplishments.

Details: The following accomplishments are claimed for contacts with the below-listed mosques (reference files above):

Mosque of the Honorable Omar Farouk
Islamic Center of Contra Costa
2836 Clayton Rd
Concord, CA   94519   925-682-4222
www.concordislamiccenter.org

Islamic Center of Fremont                              b6
4039 Irvington Av                                      b7C
Fremont, CA   94538   510-661-0352
www.icf-sfba.org
                                    (c)

Islamic Society of East Bay/Masjid Al-Jamia
33330 Peace Terrace
Fremont, CA   94555   510-429-4732
www.iseb.org

Mohammadia Islamic & Cultural Center
3721 Parish Avenue
Fremont, CA   510-794-0171

b7E

57

ACLURM017964


EXHIBIT
57
Lubman
7-24-13

FBI017755
P 003518

```
To:   San Francisco   From:   San Francisco
Re:                            06/01/2007
                                              b7E
```

Afghan Refugee Islamic Community
Masjid Abu Bakr Siddiq
29414 Mission Blvd
Hayward, CA  94544
510-582-2730
www.masjidas.org
                                        b6
                               (c)      b7C

American Muslim Association
26320 Gading Road
Hayward, CA  94544
510-786-2662
www.786ama.org

Islamic Association of Immigrants/Masjid Jamia Muhajireen
185 Folsom Ave
Hayward, CA  94544

Islamic Cultural Center of Northern California
1433 Madison St
Oakland, CA   94612   510-832-7600
www.iccnc.org
                                        b6
                         (c)            b7C

Masjid Abu Bakar
948 62nd St
Oakland, CA  94608
510-652-7716

Masjid Al-Salam
1005 7th Street
Oakland, CA  94607

Oakland Islamic Center
515 31st Street
Oakland, CA  94609   510-654-4306


Pittsburg Islamic Center
300 E. 10th Street
Pittsburg, CA  94565   925-439-2323

                                        b6
                                        b7C

San Ramon Valley Islamic Center
2232B Camino Ramon
San Ramon, CA  94583   925-866-7088
www.srvic.org

2

ACLURM017965

FBI017756
P 003519

To: San Francisco From: San Francisco
Re: [redacted] 06/01/2007

b6
b7C
b7E

Muslim Community Center of the Peninsula
621 Masonic Way
Belmont, CA 94002 650-591-3690
www.yaseen.org

Islamic Society of San Francisco
20 Jones Street, 3rd Fl
San Francisco, CA 94102
415-863-7997/343-3818
www.islamsf.org

b6
b7C

Masjid At-Tawheed
1227 Sutter St
San Francisco, CA 94109
415-776-8088

Muhammad Mosque #26
5048 3rd Street
San Francisco, CA

b6
b7C

Fiji Jam'atul Islam of America Mosque
373 Alta Vista Dr
South San Francisco, CA 94080
650-876-9763

b6
b7C

The Islamic Community of Salinas
333 Capitol Street
Salinas, CA 93901 831-422-0900
(c)

Monterey Islamic Society Center
405 Elm Ave
Seaside, CA 93955
831-899-2969
www.montereymosque.org

b6
b7C

3

To: San Francisco From: San Francisco
Re: [REDACTED] 06/01/2007
b7E

Accomplishment Information:

Number: 20
Type: POSITIVE INTELLIGENCE (DISSEMINATED OUTSIDE FBI)
ITU: LIAISON WITH MOSQUE
Claimed By
    SSN: [REDACTED]
    Name:
    Squad

Number: 8
Type: POSITIVE INTELLIGENCE (DISSEMINATED OUTSIDE FBI)
ITU: LIAISON WITH MOSQUE
Claimed By                                         b6
    SSN: [REDACTED]                                b7C
    Name:                                          b7E
    Squad

Number: 1
Type: POSITIVE INTELLIGENCE (DISSEMINATED OUTSIDE FBI)
ITU: LIAISON WITH MOSQUE
Claimed By:
    SSN: [REDACTED]
    Name:
    Squad:

♦♦

4