United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   RAHINAH IBRAHIM,                              No. C 06-00545 WHA

11              Plaintiff,

12     v.                                          **ORDER RE SEALED DOCUMENT**

13   DEPARTMENT OF HOMELAND
     SECURITY, et al.,
14
              Defendants.
15   _____/

16

17          This order concerns Dkt. No. 548, entitled "Order Granting In Part And Denying In Part

18   Motion To Compel Production Of Unclassified Documents (Dkt. No. 515)."  Due to a clerical

19   error, the sealed version of this order was served via mail on counsel for certain defendants who

20   are no longer a part of this action.  Counsel for defendants (other than counsel from the

21   Department of Justice) who receive this mailing shall return it immediately upon receipt (unless

22   already destroyed), and shall not read or make a copy of the order.

23

24          **IT IS SO ORDERED.**

25

26   Dated:   September 27, 2013.                   _____
                                                    WILLIAM ALSUP
27                                                  UNITED STATES DISTRICT JUDGE

28