IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.
                           /

No. C 06-00545 WHA

**ORDER RE ADMINISTRATIVE ISSUES**

      Plaintiff's motion to remove incorrectly-filed documents (Dkt. No. 554) is **GRANTED** to the following extent: the **CLERK SHALL SEAL** Exhibits A (Dkt. #542-1) and JJ (Dkt. #543-10) to the Declaration of Christine Peek in Opposition to Federal Defendants' Motion for Summary Judgment. Plaintiff shall file appropriately-redacted versions of the same documents on the public docket by **OCTOBER 3 AT NOON**.

      Plaintiff shall file a response to the government's September 27 letter brief (Dkt. No. 552) not to exceed three pages by **OCTOBER 2 AT 5:00 P.M.** The expert discovery issue will be heard on **OCTOBER 10 AT 8:00 A.M.**

      The government's motion to continue deadlines in light of the lapse in appropriations

(Dkt. No. 553) will be **HELD IN ABEYANCE** until the Court can assess the extent of any prejudice to orderly progress of this action.

**IT IS SO ORDERED.**

Dated: October 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE