**United States District Court**
For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10  RAHINAH IBRAHIM,                              No. C 06-00545 WHA

11          Plaintiff,

12    v.                                          **ORDER RE SERVICE LIST**

13  DEPARTMENT OF HOMELAND
    SECURITY, et al.,
14

15          Defendants.
                                          /
16

17          The **CLERK SHALL REMOVE** all parties who have been terminated from this action and

18  their counsel from the ECF service list.

19

20          **IT IS SO ORDERED.**

21

22  Dated:  October 2, 2013.
                                          _____
23                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28