IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER STAYING SUMMARY JUDGMENT AND PRETRIAL DEADLINES**

In light of the ongoing lapse of appropriations for the Department of Justice, defendants' request for a stay of summary judgment and pretrial deadlines is **GRANTED**. When a new appropriations act is passed a schedule for the summary judgment and pretrial phases of this action will be set accordingly — likely on an expedited basis.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE