IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER LIFTING STAY AND REQUESTING SUBMISSIONS RE SUMMARY JUDGMENT AND TRIAL DEADLINES**

    A prior order stayed summary judgment and pretrial deadlines in this action due to the lapse in government appropriations (Dkt. No. 569). Now that the government is again funded, the stay is hereby **LIFTED**.

    The Court is inclined to rule on the pending motion for summary judgment and expert discovery dispute without the benefit of oral argument. If oral argument were held, it would occur on October 31. The Court hereby requests the guidance of counsel as to how to adjust (if at all) the pretrial and trial schedule. The parties should, *inter alia*, advise the Court as to whether motions *in limine* and oppositions have been served between the parties. Please respond in separate submissions no later than **OCTOBER 18 AT 2:00 P.M.**

    **IT IS SO ORDERED.**

Dated: October 17, 2013.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE