IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

    /

No. C 06-00545 WHA

**ORDER SETTING SUMMARY JUDGMENT AND PRETRIAL SCHEDULE**

    Upon due consideration of the parties' requests regarding adjusting the case management order in light of the recently-lifted stay, this order adopts the following summary judgment and pretrial schedule:

    The pending motion for summary judgment will be heard on **OCTOBER 31 AT 8:00 A.M.** Plaintiff is requested to file a supplemental submission not to exceed five pages in support of her First Amendment claims by **OCTOBER 23 AT NOON**. The submission should address the government's contention that plaintiff has not clearly identified the scope of her First Amendment claims as well as the government's contention that the record lacks evidence showing the government has impeded plaintiff's First Amendment rights. Defendants may file a reply not to exceed five pages by **OCTOBER 24 AT NOON**.

    This action will be tried to the bench on **DECEMBER 2, 2013 AT 7:30 A.M.**

    The final pretrial conference will take place on **NOVEMBER 15 AT 9:00 A.M.** The parties' pretrial submissions listed in the Guidelines For Trial And Final Pretrial Conference In Civil

Bench Cases are due on **NOVEMBER 12 AT NOON**. The parties shall serve any motions *in limine* by **OCTOBER 30 AT NOON**, and oppositions thereto by **NOVEMBER 8 AT NOON**. The collated motions shall be filed with the other pretrial conference materials. The parties are reminded that in bench trials, usually three or fewer motions *in limine* per side is sufficient at the conference stage.

The issue of whether and to what extent the current sealing orders shall remain in effect at trial will also be addressed at the pretrial conference.

**IT IS SO ORDERED.**

Dated: October 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE