IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**REQUEST RE SEALED INFORMATION AT THE OCTOBER 31 HEARING**

On account of the government's need for a continuance, the Court will be unable to resolve this case with the assistance of the current law clerk, who will leave the Court's employ in late November. The incoming law clerk is able to attend the October 31 summary judgment hearing but will not become an official member of the Court's staff until late November. The Court therefore requests the consent of all parties to allow the new law clerk to have full access to all sensitive sealed information in this action even before she formally becomes a member of the Court's staff. All parties are requested to inform the Court whether they agree by **OCTOBER 28 AT NOON**. This request does not pertain to classified information, which will be handled via a separate process.

**IT IS SO ORDERED.**

Dated: October 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE