IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

                           /

No. C 06-00545 WHA

**ORDER RE REQUEST FOR EXTENSION**

      Plaintiff requests an extension of the November 1 deadline for submitting the revised expert report of Professor Kahn. The request is **GRANTED** subject to the following conditions. Plaintiff must serve the revised report on the government by **NOVEMBER 6 AT NOON**. The government may then depose Professor Kahn on the **NOVEMBER 7** or **NOVEMBER 8** (according to its preference). Further (subject to the proviso that if the witness be properly subpoenaed), Professor Kahn must produce the interview notes addressed in Dkt. No. 580 at least 24 hours prior to his deposition. This is without prejudice to the government also subpoenaing the interview notes for use at trial.

      **IT IS SO ORDERED.**

Dated: October 29, 2013.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE