IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**NOTICE RE SUMMARY JUDGMENT HEARING**

    In light of the government's letter regarding information covered by the protective orders in this action, the parties should be prepared to address the following issue *on the public record* at the outset of the summary judgment hearing tomorrow: To what extent should sealed information in this action give way to the "strong presumption in favor of public access" that our court of appeals emphasized in *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)? Be prepared to address this question in light of the various privileges asserted by the government, including the SSI information statutory privilege, the law enforcement privilege, the due process privilege, and privileges under the Immigration and Nationality Act and the Privacy Act.

**IT IS SO ORDERED.**

Dated: October 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE