IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER RE CLASSIFIED EXHIBIT AND BRIEF ON PUBLIC ACCESS**

    The Court has reviewed Exhibit B to defendants' trial brief (Dkt. No. 602-2). The Court agrees that most of the information therein is properly classified and should not be disclosed to plaintiff's counsel (in light of their failure to obtain security clearances). Nonetheless, there are paragraphs and portions of paragraphs in the exhibit that contain no classified information. The government is requested to provide a redacted version of Exhibit B to plaintiff's counsel disclosing this unclassified information to them to the maximum extent possible by **NOVEMBER 15 AT 8:00 A.M.** The Court further notes that the two paragraphs from page 5 line 25 to page 6 line 10 have no classification parenthetical, possibly indicating that they do not qualify as classified information.

    Regarding the government's "Response To The Court's Inquiry Regarding Public Access

1  To Sensitive Information" (Dkt. No. 609), plaintiff has leave to respond to this submission by
2  **NOVEMBER 18 AT NOON**.

4  **IT IS SO ORDERED.**

6  Dated: November 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE