IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendant.

No. C 06-00545 WHA

**ORDER RE BRIEFING EXPERT DISCOVERY DISPUTE**

On November 26, the government filed a letter brief requesting that plaintiff's expert, Professor Kahn, be excluded from testifying at trial (Dkt. No. 624). Plaintiff is **ORDERED** to file a response (not to exceed three pages) by **NOVEMBER 29 AT NOON**.

**IT IS SO ORDERED.**

Dated: November 27, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE