IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Defendants.

No. C 06-00545 WHA

**SECOND ORDER RE EXPERT DISCOVERY DISPUTE**

The records under the subpoena served on November 8 shall be brought by plaintiff's counsel or the witness to the courtroom on the first day of trial to be present in the courtroom at the outset. This is a direct order. The motion shall be heard on the first day of trial before the commencement of the evidence. Please also have in the courtroom all other materials necessary to establish the timeline of events.

**IT IS SO ORDERED.**

Dated: November 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE