IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Defendants.

No. C 06-00545 WHA

**ORDER REGARDING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

Plaintiff's request for judicial notice will be heard on the first day of trial (Dkt. No. 629). Copies of the trial exhibits shall be brought by plaintiff's counsel.

**IT IS SO ORDERED.**

Dated: December 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE