STUART F. DELERY
Acting Assistant Attorney General

MELINDA L. HAAG
United States Attorney

DIANE KELLEHER
Assistant Branch Director

PAUL G. FREEBORNE
Senior Trial Counsel
KAREN S. BLOOM
LILY S. FAREL
JOHN K. THEIS
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8460
E-mail: paul.freeborne@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 3:06-cv-545 (WHA)<br><br>NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF THE FEDERAL DEFENDANTS |

PLEASE TAKE NOTICE that United States Department of Justice Trial Attorney Diane Kelleher herewith enters her appearance in this matter as attorney on behalf of the Federal Defendants.  Ms. Kelleher's address for regular U.S. mail is:

Diane Kelleher

U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

Ms. Kelleher's address for overnight mail and hand delivery is:

Diane Kelleher
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 7119
Washington, D.C. 20001

Ms. Kelleher may be reached by phone at (202) 514-4775.  Faxes for Ms. Kelleher should be sent to (202) 616-8470, and email may be sent to diane.kelleher@usdoj.gov.

Dated: December 5, 2013                    Respectfully submitted,

                                           STUART F. DELERY
                                           Acting Assistant Attorney General

                                           DIANE KELLEHER
                                           Assistant Branch Director
                                           Federal Programs Branch

                                           */s/ Diane Kelleher*
                                           PAUL G. FREEBORNE
                                           Senior Trial Counsel
                                           KAREN S. BLOOM
                                           LILY S. FAREL
                                           JOHN K. THEIS
                                           Trial Attorneys
                                           United States Department of Justice
                                           Civil Division

                                           *Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2013, I caused a copy of this Notice of Appearance to be served on all parties by operation of the Court's electronic filing system.

*/s/ Diane Kelleher*
DIANE KELLEHER