**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

      Plaintiff,

  v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

      Defendants.

                           /

No. C 06-00545 WHA

**ORDER RE EXPERT JEFFREY KAHN**

On November 26, the government filed a discovery letter seeking to exclude plaintiff's expert Professor Kahn based on responses to a pre-trial subpoena served on November 8. Plaintiff produced non-privileged documents to the government during trial and defendants cross-examined Professor Kahn. The government's request to exclude plaintiff's expert is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Dated:   December 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE