1   STUART F. DELERY
    Assistant Attorney General
2
    MELINDA L. HAAG
3   United States Attorney

4   DIANE KELLEHER
    Assistant Branch Director
5
    PAUL G. FREEBORNE
6   Senior Trial Counsel
    KAREN S. BLOOM
7   LILY S. FAREL
    JOHN K. THEIS
8   Trial Attorneys
    Civil Division, Federal Programs Branch
9   U.S. Department of Justice
    P.O. Box 883
10  Washington, D.C.  20044
    Telephone: (202) 353-0543
11  Facsimile: (202) 616-8460
    E-mail: paul.freeborne@usdoj.gov
12
13  *Attorneys for Defendants*

14
              **UNITED STATES DISTRICT COURT**
15          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16  RAHINAH IBRAHIM,
                                        No. 3:06-cv-0545 (WHA)
17
                                        **DEFENDANTS' ASSERTION OF THE**
18              Plaintiff,              **LAW ENFORCEMENT PRIVILEGE**

19      v.

20  DEPARTMENT OF HOMELAND
21  SECURITY, *et al.*,

22
23              Defendants.

24

25          Attached is a Declaration of Maureen Dugan, Customs and Border Protection ("CBP"),

26  invoking the law enforcement privilege for the information covered by her earlier Declaration in

27  this matter, as well as her anticipated testimony on December 6, 2013.  The basis for the law

28

enforcement sensitive nature of the information is established in the attached declaration.  As stated therein, Ms. Dugan is the Acting Executive Director, Office of Field Operations, National Targeting Center ("NTC").  She is appearing in Court in this matter on December 6, 2013.  She is expected to testify regarding the travel of Ms. Mustafa Kamal on Dec 1-2, 2013.  In order to provide the information requested by the Court, Ms. Dugan's testimony will likely explore present day processes and procedures followed by the National Targeting Center – Passenger ("NTC-P") in vetting flights before they depart a foreign place for the United States.

This information is appropriately protected from public disclosure by the law enforcement privilege.  The law enforcement privilege is designed "to prevent disclosure of law enforcement techniques and procedures . . . and otherwise to prevent interference with an investigation." *Ibrahim v. DHS,* No. 6-545, 2009 WL 5069133, at *14 (N.D. Cal. Dec. 17, 2009) (quoting In re Dep't of Investigation of City of N.Y., 856 F.2d 481, 484 (2d Cir. 1988)); *see also Bowen v. FDA*, 925 F.2d 1225, 1229 (9th Cir. 1991) (protecting from disclosure information that, if revealed, would "present a serious threat to future law enforcement . . . investigations").  The privilege bars disclosure of facts and is "based primarily on the harm to law enforcement efforts which might arise from public disclosure of . . . investigatory files." *Black v. Sheraton Corp. of Am.*, 564 F.2d 531, 541 (D.C. Cir. 1977).  The privilege "may [also] be asserted to protect testimony about or other disclosure of the contents of law enforcement investigatory files." *In re Sealed Case*, 856 F.2d 268, 271 (D.C. Cir. 1988).

While the Defendants recognize that public access to trial materials is the norm, maintaining the confidentiality of the procedures CBP follows in vetting international flights and CBP's partnerships with domestic and foreign entities serves a broader public interest and

thereby constitutes a sufficiently important countervailing interest that would justify protecting Ms. Dugan's testimony from public disclosure.

December 5, 2013                          Respectfully submitted,

                                         STUART F. DELERY
                                         Assistant Attorney General

                                         MELINDA L. HAAG
                                         United States Attorney

                                         DIANE KELLEHER
                                         Assistant Branch Director

                                         /s/ *Paul G. Freeborne*
                                         PAUL G. FREEBORNE
                                         Senior Trial Counsel
                                         KAREN S. BLOOM
                                         LILY S. FAREL
                                         JOHN K. THEIS
                                         Trial Attorneys
                                         United States Department of Justice
                                         Civil Division

                                         *Attorneys for the Defendants*