JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
ELIZABETH PIPKIN (243611)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: cpeek@mcmanislaw.com
epipkin@mcmanislaw.com

Attorneys for Plaintiff,
Rahinah Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>Plaintiff<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants, | Case No.: C 06-0545 WHA<br><br>**DECLARATION OF RAHINAH IBRAHIM RE: VISA APPLICATION**<br><br>Trial: December 6, 2013<br>Time: 7:30 a.m.<br>Ctrm.: 8, 19th Floor<br>Judge: The Honorable William H. Alsup<br><br>Complaint Filed: January 27, 2006 |

I, Rahinah Ibrahim, declare:

1. I am the plaintiff in this action. I submit this declaration as an update regarding my efforts to obtain a United States visa. This declaration is based upon my own personal knowledge and if called upon to testify to the matters asserted herein, I could competently testify thereto.

2. On September 14, 2013, I submitted an on-line non-immigrant visa application (DS-160) to the U.S. Department of State. Attached hereto as **Exhibit A** is a true and correct copy of the confirmation page for the submission.

1
DECLARATION OF RAHINAH IBRAHIM RE: VISA APPLICATION; Case No.: C 06-0545 WHA

3. The first interview appointment available in connection with my application was Monday, October 21, 2013. Attached hereto as **Exhibit B** is a true and correct copy of the confirmation page for the interview. I attended the interview on that date and was requested at the interview to provide supplemental information via email, which I did. As of the date of this declaration, I have not yet received a response to my visa application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 6th day of December, 2013.

_____
RAHINAH IBRAHIM