## Passenger Handling

**From:** Tan Lye Huat
**Sent:** Monday, 2 December, 2013 9:35 AM
**To:** Philippine Airlines; Siti Zaiton binti Abdul Hamid; Michael Seow Ewe Hee; monet_trespese@pal.com.ph; Passenger Handling
**Subject:** Re: [Fwd: Fw: POSSIBLE NO BOARD REQUESTPNR WNDYJS]

*[handwritten: MH W2279. 801/02 Dec STD: 1345]*

Dear Bee,

Noted and will advise accordingly.

Dear CSs,

As I'm in satellite, please inform MH DO on this message.

Thank you.
Best regards.

Peter.
Sent from my BlackBerry® wireless device via Vodafone-Celcom Mobile.

-----Original Message-----
From: "kulkzpr@pal.com.ph" <kulkzpr@pal.com.ph>
Date: Mon, 2 Dec 2013 09:03:11
To: Siti Zaiton binti Abdul Hamid<sitizaiton.hamid@klas.com.my>; Tan Lye Huat<peter.tan@klas.com.my>; Michael Seow Ewe Hee<michaelseow.hee@KLAS.COM.MY>; monet_trespese@pal.com.ph<monet_trespese@pal.com.ph>
Subject: [Fwd: Fw: POSSIBLE NO BOARD REQUESTPNR WNDYJS]

Hi Siti,

Pax is booked on MH802/2Dec KUL/MNL and coonecting on PR104/2Dec MNL/SFO. Pls forward this URGENT msge to MH so that they can contact Homeland Security upon pax checkin at the counter.  I will also cordinate with MH counter

thanks for your assistance

Bee Abellar
OIC-KUL

-------- Original Message --------
Subject: Fw: POSSIBLE NO BOARD REQUESTPNR WNDYJS
From: Manny_Sureta@pal.com.ph
Date: Mon, December 2, 2013 4:59 am
To: "KULKZPR" <kulkzpr@pal.com.ph>
      "kulkzpr@gmail com" <kulkzpr@gmail.com>
Cc: KULSMPR@pacificworld.travel
      "monet_trespeses@pal.com.ph" <monet_trespeses@pal.com.ph>
------------------------------------------------------------------------

Bee,

Kindly handle/coordinate your end.  Reloc is WNDYJS MH802/02Dec with onwards PR104/02Dec. This to avoid further inconvenience to all concerned.

Many thanks.

Manny

----- Forwarded by Emmanuel V Sureta/ASD/PAL on 12/02/2013 04:46 AM -----

1

From: ASD Infocoor/ASD/PAL
To: manny_sureta@pal.com.ph
Date: 12/02/2013 04:53 AM
Subject: Fw: POSSIBLE NO BOARD REQUESTPNR WNDYJS

Manila Station Control
SkyLogistics,Philippines,Inc
Centennial Terminal 2
879-5719/20 loc 7503/04

----- Forwarded by ASD Infocoor/ASD/PAL on 12/02/2013 04:43 AM ----- "GUSHIKEN, SHANNON K"
<SHANNON.K.GUSHIKEN@CBP.DHS.GOV>
12/01/2013 06:28 PM

To
"INFOCOOR@PAL.COM.PH" <INFOCOOR@PAL.COM.PH> cc

Subject
POSSIBLE NO BOARD REQUESTPNR WNDYJS

NOTICE TO AIR CARRIER

The U.S. Department of Homeland Security, U.S. Customs and Border Protection, recommends the airline to contact HRCLG when the following passenger shows up to check in counter to verify information regarding passenger.

Name: MUSTAFA KAMAL, R.

Date of Birth: 2/25/87

Flight Details: PNR #WNDYJS

If you have further questions, please contact the Regional Carrier Liaison Group (RCLG) indicated.

Miami      Latin America/Caribbean
305-874-5444

New York (JFK)      Africa/Middle-East/Europe
718-553-1783

X   Asia/Pacific Rim
Honolulu
808-237-4632

Shannon Gushiken
CBPO
Honolulu, HI

Sensitive Security Information (SSI)

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ?need-to-know?, as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C 552 and 49 CFR parts 15 and 1520.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
The information or attachments in this e-mail are strictly confidential and are for the intended recipient only. Any unauthorized use, dissemination or copying of this message or the information it contains is prohibited. If you are not the intended recipient or you received this by mistake, please notify the sender immediately, and delete the original message and attachments.

For more information about Philippine Airlines, please visit http://www.philippineairlines.com

--

Philippine Airlines
Kuala Lumpur Station - KULKZPR

Airport Office:
Airport Operation Department
Lot N-7, Level 4 Mezzanine Floor
Main Terminal Building
Kuala Lumpur International Airport
64000 KLIA, Sepang, Selangor, Malaysia
Tel:     +(6) 03-8787 2981, +(6) 03-8787 2982
Fax:     +(6) 03-8787 2983
Mobile:  +(6) 014-627 9147
SITA:    KULKZPR
Email:   kulkzpr@pal.com.ph
Website: www.philippineairlines.com

" YOUR HOME IN THE SKY "

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - The information or attachments in this e-mail are strictly confidential and are for the intended recipient only. Any unauthorized use, dissemination or copying of this message or the information it contains is prohibited. If you are not the intended recipient or you received this by

3

mistake, please notify the sender immediately, and delete the original message and attachments.

For more information about Philippine Airlines, please visit http://www.philippineairlines.com

For more information about PAL express, please visit http://www.flypalexpress.com

4