UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: December 6, 2013

Case No.: **C06-00545 WHA**

Case Name: **RAHINAH IBRAHIM** v. **DEPARTMENT OF HOMELAND SECURITY**

Plaintiff's Counsel: Elizabeth Pipkin; Christine Peek; Ruby Kazi; Jennifer Murakami

Defendant's Counsel: Paul Freeborne; Lily Farel; Karen Bloom; John Theis; Diane Kelleher; Julie Koller

Clerk: Dawn Toland                    Court Reporter: Debra Pas

Trial Began: 12/2/2013                Trial Ended: 12/6/2013


Trial Motions Heard:                                              Disposition

1.
2.
3.


Other:

Trial exhibits vetted by plaintiff and Government counsel. Two boxes of trial exhibits deposited in the Clerk's Office, one of which contains sealed exhibits and the sealed video tape deposition/transcript of Debra Lubman. The video tape deposition of Rahinah Ibrahim placed in a separate envelope.


Time in Court:

3 hours 15 minutes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 06-00545 WHA**

Case Name: **RAHINAH IBRAHIM** v. **DEPARTMENT OF HOMELAND SECURITY**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION            December 6, 2013 | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Bench Trial continued | |
| | | | | | Court will hear closing arguments first then proceed to the issue of plaintiff's daughter Mustafa Kamal not arriving to testify. | |
| | | 7:38 am | | | Plaintiff's Closing Argument | |
| | | 7:59 am | | | Defendant's Closing Argument | |
| | | 8:30 am | | | Rebuttal Closing Argument | |
| | | 8:43 am | | | Courtroom Cleared | |
| | | | | | Defendant's Sealed Closing Argument | |
| | | 8:58 am | | | Plaintiff's Sealed Closing Argument | |
| | | 9:10 am | | | Discussed scheduling | |
| | | 9:15 am | | | Recess until 1:15 pm | |
| | | | | | | |
| | | | | | | |
| | | 1:15 pm | | | Hearing began re plaintiff's daughter Mustafa Kamal not boarding flight to testify. Parties addressed the Court with information on the travel. | |
| | | 1:29 pm | | | Closed Courtroom - Public Left | |
| | | 1:29 pm | | | Government's witness **Maureen Dugan** sworn-in | |
| | | 1:57 pm | | | Cross Examination | |
| | | 2:15 pm | | | Court Exam | |
| | | 2:17 pm | | | Redirect | |
| | | 2:18 pm | | | Recross | |
| | | 2:19 pm | | | Witness Excused | |
| | | 2:45 pm | | | Adjourned | |

Page _____