United States District Court
Northern District of California

# Document Locator

Case Number: _____ 6-545 WHA _____

Date Filed: _____ Dec 6, 2013 _____

**Document:**

- ○ Reporter's Transcript:
- ✓ Trial Exhibts:  <u>SEALED Exhibits</u> _____
  Bench Trial 12/3 - 12/6/2013
  _____

- ○ Lodged Documents: _____
- ○ Sealed Documents:
- ○ Declaration(s)
  _____
  _____

- ○ Other:
  _____
  _____

**Location:**

- ○ Expando File (Next to Case File)
- ○ Overflow Shelf: _____
- ○ Vault
- ○ Other: _____ Shelf 8 J _____

# Document Number: _____

United States District Court
Northern District of California

# Document Locator

**Case Number:** _____6-545 WHA_____

**Date Filed:** _____Dec 6, 2013_____

**Document:**

- ○ Reporter's Transcript:
- ✓ Trial Exhibts:  <u>Non-Sealed Exhibits</u>
  Bench Trial 12/3 - 12/6/2013

  _____

- ○ Lodged Documents: _____
- ○ Sealed Documents:
- ○ Declaration(s)

  _____
  _____

- ○ Other:

  _____
  _____

**Location:**

- ○ Expando File (Next to Case File)
- ○ Overflow Shelf: _____
- ○ Vault
- ○ Other: _____

**Document Number:** _Shelf 84_