STUART F. DELERY
Assistant Attorney General

MELINDA L. HAAG
United States Attorney

DIANE KELLEHER
Assistant Branch Director

PAUL G. FREEBORNE
Senior Trial Counsel
KAREN S. BLOOM
LILY S. FAREL
JOHN K. THEIS
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8460
E-mail: paul.freeborne@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 3:06-cv-0545 (WHA)<br><br>**DEFENDANTS' NOTICE OF FILING CLASSIFIED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW *IN CAMERA*, *EX PARTE*** |

*Ibrahim v. DHS, et al.*, 3:06-cv-00545 (WHA) - DEFENDANTS' NOTICE OF FILING *IN CAMERA*, *EX PARTE*

1

Pursuant to the Court's December 5, 2013 Order (Dkt. 652), Defendants have lodged their proposed findings of fact and conclusions of law based on the classified evidence excluded under this Court's ruling on the state secrets privilege for the Court's *in camera*, *ex parte* review. These proposed findings of fact and conclusions of law are accompanied by declarations, as contemplated by the Court's December 5, 2013 Order.

Dated:  December 13, 2013        Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ Paul G. Freeborne*
PAUL G. FREEBORNE
Senior Trial Counsel
KAREN S. BLOOM
LILY S. FAREL
JOHN K. THEIS
Trial Attorneys
United States Department of Justice
Civil Division

*Attorneys for the Defendants*