IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER RE CLEARANCE**

By **DECEMBER 23 AT NOON**, both sides shall submit briefing on whether and how one or more of plaintiff's counsel could obtain a clearance to review the classified submissions, including how long it would take and whether plaintiff's counsel is willing to undertake the process.

**IT IS SO ORDERED.**

Dated: December 18, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE