STUART F. DELERY
Assistant Attorney General

MELINDA L. HAAG
United States Attorney

DIANE KELLEHER
Assistant Branch Director

PAUL G. FREEBORNE
Senior Trial Counsel
KAREN S. BLOOM
LILY S. FAREL
JOHN K. THEIS
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8460
E-mail: paul.freeborne@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 3:06-cv-0545 (WHA)<br><br>**DEFENDANTS' NOTICE OF LODGING CLASSIFIED RESPONSE TO PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW *IN CAMERA*, *EX PARTE*** |

*Ibrahim v. DHS, et al.*, 3:06-cv-00545 (WHA) - DEFENDANTS' NOTICE OF LODGING *IN CAMERA*, *EX PARTE*

1

Pursuant to the Court's December 5, 2013 Order (Dkt. 652), Defendants have lodged their responses, based on the classified evidence excluded under this Court's ruling on the state secrets privilege, to Plaintiff's proposed findings of fact and conclusions of law for the Court's *in camera*, *ex parte* review.

Dated:  December 20, 2013                      Respectfully submitted,

                                               STUART F. DELERY
                                               Assistant Attorney General

                                               DIANE KELLEHER
                                               Assistant Branch Director

                                               */s/ Paul G. Freeborne*
                                               PAUL G. FREEBORNE
                                               Senior Trial Counsel
                                               KAREN S. BLOOM
                                               LILY S. FAREL
                                               JOHN K. THEIS
                                               Trial Attorneys
                                               United States Department of Justice
                                               Civil Division

                                               *Attorneys for the Defendants*