IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER VACATING JANUARY 2 AND 9 HEARINGS**

On December 4, the government filed an "administrative motion to retain confidentiality of materials subject to the attorneys' eyes only protective order," noticed on the docket for a hearing on January 2. On December 5, the government filed a document titled "assertion of the law enforcement privilege," noticed on the docket for a hearing on January 9 (Dkt. Nos. 644, 649). These matters were resolved during trial so no oral argument is needed. This order hereby VACATES the January 2 and January 9 hearings.

**IT IS SO ORDERED.**

Dated: December 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE