IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 06-00545 WHA<br><br><br><br>**JUDGMENT** |

 Judgment is **HEREBY ENTERED** in favor of plaintiff to the extent stated in the findings of fact, conclusions of law, and order for relief (and against plaintiff on all other claims). This Court retains jurisdiction to enforce the relief granted.

**IT IS SO ORDERED.**

Dated:   January 14, 2014.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE