IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER REGARDING FILINGS**

By **NOON ON JANUARY 28**, the government shall file electronically on the docket a redacted public version of the declaration of Maureen Dugan, dated December 4, 2013. The government is advised to narrowly tailor their redactions so that the maximum extent possible is publicly available.

A number of documents were sealed pursuant to the protective order or ordered sealed (Dkt. No. 312). Those documents may remain sealed and shall be stored with the sealed records in the Clerk's office. The redacted public versions shall, of course, remain on the docket.

The *ex parte* submissions that have not been designated as containing secret or classified information shall be stored with the sealed records in the Clerk's office. The *ex parte* submissions that have been designated as containing secret or classified information shall be stored appropriately.

**IT IS SO ORDERED.**

Dated: January 21, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE