JAMES McMANIS (40958)
ELIZABETH PIPKIN (243611)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: cpeek@mcmanislaw.com
epipkin@mcmanislaw.com

Attorneys for Plaintiff,
Rahinah Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No.: C 06-0545 WHA<br><br>**DECLARATION OF RAHINAH IBRAHIM IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date: March 13, 2014<br>Time: 8:00 a.m.<br>Ctrm: 8 – 19th Floor<br>Judge: The Hon. William Alsup |

I, Rahinah Ibrahim, declare:

1. I am the plaintiff in this action. I have personal knowledge of the following facts, and if called upon, could and would testify competently thereto. I submit this declaration in support of Plaintiff's Motion for Award of Attorneys' Fees and Costs.

2. I retained the law firm of McManis Faulkner on June 24, 2005 to bring this action on my behalf.

3. Prior to retaining McManis Faulkner, I contacted numerous attorneys, non-profit legal organizations, and private law firms in the Bay Area to obtain representation. McManis Faulkner was the only law firm willing to take my case on a *pro bono* basis.

1
DECLARATION OF RAHINAH IBRAHIM IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS; Case No.: C 06-0545 WHA

4. I have never been requested to pay McManis Faulkner for the millions of dollars in legal services rendered in this case, nor would I be able to afford to do so. I received approximately $30,000 of the $225,000 settlement obtained from the non-federal defendants. It is my understanding that the balance was paid to McManis Faulkner.

5. My net worth does not currently exceed $2,000,000, nor did it exceed $2,000,000 at the time this action was filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: **27/Jan**, 2014

_____
RAHINAH IBRAHIM

2
DECLARATION OF RAHINAH IBRAHIM IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS; Case No.: C 06-0545 WHA