United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER REGARDING FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR RELIEF**

The deadline having passed, the government is hereby ordered to file a copy of the Findings of Fact, Conclusions of Law, and Order for Relief redacted to the minimum extent necessary to protect the items the government contends are privileged from public disclosure. The filing shall be made by **FEBRUARY 6 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE