JAMES McMANIS (40958)
ELIZABETH PIPKIN (243611)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: cpeek@mcmanislaw.com
epipkin@mcmanislaw.com

Attorneys for Plaintiff,
Rahinah Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>          Defendants. | Case No. C 06-0545 WHA<br><br>**NOTICE OF CONTINUANCE OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date:   March 20, 2014<br>Time:  8:00 a.m.<br>Ctrm:  8 – 19th Floor<br>Judge: The Hon. William Alsup |

---

1

NOTICE OF CONTINUANCE OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS; Case No. C 06-0545 WHA

Pursuant to Civil Local Rule 7-7, notice is hereby given that plaintiff's motion for award of attorneys' fees and costs, originally scheduled for March 13, 2014, is hereby continued to March 20, 2014.

Defendants' opposition to said motion has not yet been filed and is currently due February 11, 2014 (fourteen days from the initial filing of the instant motion).

Plaintiff's reply is due to be filed February 18, 2014 (seven days from the date defendants' opposition is due to be filed).

DATED: February 6, 2014	McMANIS FAULKNER

  /s/  Elizabeth Pipkin
ELIZABETH PIPKIN

Attorneys for Plaintiff,
Rahinah Ibrahim