IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER STRIKING REPLY DECLARATION AND EXHIBITS**

    A January 2008 order stated "[r]eply declarations are disfavored. Opening declarations should set forth all facts on points foreseeably relevant to the relief sought" (Dkt. No. 140). On February 18, plaintiff submitted a reply declaration in support of her motion for award of attorney's fees and costs, appending 228-pages of exhibits (Dkt. No. 712). The exhibits are spreadsheets allegedly supporting her requests for costs and expenses. These could have and should have been filed with her original motion. Defendants have filed an objection seeking to strike the reply declaration and exhibits, or alternatively, requesting leave to file their five-page sur-reply.

    Plaintiff's reply declaration and exhibits are hereby **STRICKEN**. Plaintiff may not rely on docket number 712 and the attached exhibits.

    **IT IS SO ORDERED.**

Dated: February 26, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE