IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER REGARDING DEFENDANTS' MOTION TO STRIKE**

Our Supreme Court has cautioned against satellite litigation over attorney's fees, expenses, and costs. *Hensley v. Eckerhart*, 461 U.S. 424, 437 (1983). Nevertheless, after the undersigned judge permitted plaintiff to file an itemized, detailed spreadsheet showing excluded fees, and plaintiff filed: a three-page response, a two-page declaration, and 47-pages of spreadsheets, defendants filed a motion to strike plaintiff's submissions because plaintiff only had leave to file a "spreadsheet regarding excluded fees" (Dkt. Nos. 720–22). FRCP 54(d)(2)(C) states that: "the court must, on a party's request, give an opportunity for adversary submissions on the motion." Defendants have until **5:00 P.M. ON MARCH 17** to file any response.

    **IT IS SO ORDERED.**

Dated: March 14, 2014.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE