1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,                                          No. C 06-00545 WHA

        Plaintiff,

  v.

DEPARTMENT OF HOMELAND                    **ORDER CONTINUING
SECURITY, et al.,**                                      **HEARING TO MARCH 25 AND
                                                          VACATING HEARING**

        Defendant.

_____/

      The hearing on plaintiff's motion for attorney's fees and expenses (noticed for March 20)

is hereby continued to **8:00 A.M. ON TUESDAY MARCH 25, 2014**.  The hearing on the

government's motion for review of the Clerk's taxation of costs (noticed for April 10) is hereby

**VACATED**, unless both sides jointly submit a request for oral argument by **NOON ON APRIL 3**.

      **IT IS SO ORDERED.**

Dated:   March 17, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE