IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**REQUEST RE MOTION FOR ATTORNEY'S FEES AND EXPENSES**

    In light of the pending motion for attorney's fees and expenses and the parties' arguments during today's hearing, by **NOON ON MARCH 28**, the government should please summarize the contents of the declarations to be filed on or before April 15. Please provide this summary only if defendants know by noon on March 28 what all of the declarations will say. Otherwise, please state when defendants expect to file the declarations.

Dated: March 25, 2014.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE