IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants.<br>                                                        / | No. C 06-00545 WHA<br><br><br><br>**NOTICE RE UNSEALING OF JANUARY 2014 ORDER** |

On January 14, 2014, findings of fact, conclusions of law, and order for relief issued under seal in light of the government's privilege assertions (Dkt. No. 682). The order stated that the entire order would be made public on April 15, 2014, barring an order from higher authorities. In the meantime, a public notice and summary was issued. On February 7, the government filed the January 14 order with their redactions (Dkt. No. 703-1).

On March 25, the government confirmed that it would not be seeking relief from our court of appeals. In fact, the deadline of April 15 has now passed and the government has not sought to block release of any part of the order. Accordingly, the January 14 decision is **UNSEALED**.

    **IT IS SO ORDERED.**

Dated: April 15, 2014.

                                                       WILLIAM ALSUP<br>
                                                       UNITED STATES DISTRICT JUDGE