1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6

7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    RAHINAH IBRAHIM,                          No. C 06-00545 WHA

10              Plaintiff,

11    v.

12   DEPARTMENT OF HOMELAND                    **ORDER RE RESPONSE TO**
     SECURITY, et al.,                         **MOTION FOR LEAVE TO FILE**
13                                             **MOTION FOR RECONSIDERATION**
              Defendants.
14   _____/

15          Plaintiff's counsel have filed a motion for leave to file a motion for reconsideration of the

16   April 16 order regarding attorney's fees and expenses.  Defendants may file a response by

17   **NOON ON APRIL 23**.

18

19          **IT IS SO ORDERED.**

20

21   Dated:   April 18, 2014.

22                                             _____
                                               WILLIAM ALSUP
23                                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28

*United States District Court*
For the Northern District of California