United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>    Defendants.<br>                                          / | No. C 06-00545 WHA<br><br>**ORDER RE STATEMENT OF<br>SERVICE COSTS TO BE TAXED** |

       An April 2014 order reduced the Clerk's taxation of costs. The sum $20,311.25 was taxed but an additional sum was to be determined following a supplemental submission. On April 30, the parties filed a joint statement agreeing to the sum $329.42, without waiver of rights on appeal (Dkt. Nos. 741, 754). The further sum $329.42 is **TAXED**.

       **IT IS SO ORDERED.**

Dated: May 1, 2014.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE