IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants.<br>                                            / | No. C 06-00545 WHA<br><br>**ORDER RE RESPONSE TO SECOND MOTION FOR RECONSIDERATION** |

In this satellite litigation over attorney's fees and expenses, on April 17, plaintiff's counsel filed a motion for leave to file a motion for reconsideration of the April 16 order. An April 26 order denied counsel for plaintiff's motion (Dkt. No. 748).

On June 13, plaintiff's counsel filed a second motion for leave to file a motion for reconsideration of the April 16 order (Dkt. No. 765). Also, plaintiff's counsel ask that defendants be ordered to provide time records for all attorneys and staff who worked on this case.

The government may file a response by **JUNE 20 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 16, 2014.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE