IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants.<br>                                    / | No. C 06-00545 WHA<br><br>**REQUEST RE APPOINTMENT OF SPECIAL MASTER** |

     A prior order stated that calculating the amount of attorney's fees and expenses would be handled by a special master pursuant to FRCP 53 and 54. The time for objections has long passed (Dkt. No. 740). Plaintiff's tardy objection to the appointment of a special master is **OVERRULED**.

     On July 8, plaintiff objected to the appointment of Matthew Borden based on having "at least one client in common" and representing a party to which plaintiff's counsel are "presently adverse in another matter" (Dkt. No. 772). By **NOON ON JULY 11**, plaintiff shall please explain the legal basis for why this constitutes a conflict.

Dated: July 9, 2014.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE