IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants.<br>　/ | No. C 06-00545 WHA<br><br>**REQUEST RE MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION (DKT. NO. 783)** |

On August 13, plaintiff filed a motion for leave to file a motion for reconsideration (Dkt. No. 783). Defendants have until **AUGUST 20 AT NOON** to respond.

Dated: August 13, 2014.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE