IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER RE DOCKET NUMBER 756-10**

In the report and recommendation, the special master requests clarification whether docket number 756-10, titled "Summary of Costs and Expenses," should be considered. This order finds that even though plaintiff's counsel failed to timely file their itemized spreadsheets and invoices supporting expenses sought, the special master can consider docket number 756-10. By **NOON ON SEPTEMBER 26, 2014**, the special master shall file a report and recommendation regarding expenses. The parties have until **NOON ON OCTOBER 2** to file objections to the special master's recommendations (Dkt. No. 775).

**IT IS SO ORDERED.**

Dated: September 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE