IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

No. C 06-00545 WHA

**ORDER TO SHOW CAUSE RE REPORT AND RECOMMENDATION**

The special master has rendered a report and recommendation regarding attorney's fees and expenses (Dkt. Nos. 787, 789). Prior orders reminded the parties that all objections and motions regarding the special master's report are due by **NOON ON OCTOBER 2**. All parties have until **NOON ON OCTOBER 2** to show cause why the special master's recommendations should not be accepted and adopted in full.

**IT IS SO ORDERED.**

Dated: September 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE