IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAHINAH IBRAHIM,

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

No. C 06-00545 WHA

**ORDER RE SPECIAL MASTER'S INVOICE**

The Court is in receipt of the parties' joint statement regarding the special master's invoice. Neither side stated any objections to the individual entries on the invoice. The parties, however, failed to state the amount due. By **NOON ON OCTOBER 14**, the special master shall please file a statement identifying the amount due and appending a copy of the invoice.

**IT IS SO ORDERED.**

Dated: October 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE