**FILED**

**NOV 8 2019**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; *et al.*,<br><br>   Defendants-Appellees. | No.   14-16161<br><br>D.C. No. 3:06-cv-00545-WHA<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court granted petitioner Rahinah Ibrahim's motion for attorneys' fees and costs pursuant to 28 U.S.C. § 2412 and referred to the Appellate Commissioner the determination of an appropriate amount of fees and costs. *See* 9th Cir. R. 39-1.9. The stay of proceedings to determine the amount of attorneys' fees and costs in the June 26, 2019 order is lifted.

The question of an appropriate amount of fees is referred to the Circuit Mediator, who will contact the parties. The Circuit Mediator is requested to inform the Appellate Commissioner of the conclusion of the mediation.

gml/Appellate Commissioner                                                                 14-16161+