| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>    Acting Assistant Attorney General<br>BRIGHAM J. BOWEN<br>    Assistant Branch Director<br>INDRANEEL SUR<br>    indraneel.sur@usdoj.gov<br>    D.C. Bar No. 978017<br>    Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br>Telephone: (202) 616-8488<br>Facsimile: (202) 616-8470<br><br>Attorneys for Federal Defendants | JAMES McMANIS (40958)<br>ELIZABETH PIPKIN (243611)<br>CHRISTINE PEEK (234573)<br>MARWA ELZANKALY (206658)<br>McMANIS FAULKNER<br>a Professional Corporation<br>50 West San Fernando Street, 10th Floor<br>San Jose, California 95113<br>Telephone:  (408) 279-8700<br>Facsimile:   (408) 279-3244<br>Email:       epipkin@mcmanislaw.com<br>melzankaly@mcmanislaw.com<br><br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>    *Plaintiff*,<br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    *Defendants*. | CASE NO.: 3:06-cv-00545-WHA<br><br>**JOINT STIPULATED REQUEST TO HOLD CASE IN ABEYANCE PENDING IMPLEMENTATION OF SETTLEMENT AGREEMENT AND TO SET SETTLEMENT STATUS CONFERENCE** |

CASE NO.: 3:06-cv-00545-WHA
**JOINT STIPULATED REQUEST TO HOLD CASE IN ABEYANCE PENDING IMPLEMENTATION OF SETTLEMENT AGREEMENT AND SET SETTLEMENT STATUS CONFERENCE**

Plaintiff Rahinah Ibrahim (Plaintiff) and Defendants Department of Homeland Security *et al.* (Defendants) (collectively, the Parties), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Renewed Motion For Attorney's Fees and Costs ("Renewed Motion") on August 20, 2020 (Dkt. 869);

WHEREAS, hearing on Plaintiff's Renewed Motion is set for December 17, 2020, at 8:00 a.m.;

WHEREAS, the Parties have now entered into a settlement agreement, which has been executed by all Parties and for which final authorization from the Principal Deputy Associate Attorney General has been obtained;

WHEREAS, Defendants need time to issue payment pursuant to the settlement agreement;

WHEREAS, the Parties have accordingly agreed to file the instant Joint Stipulated Request to hold this case in abeyance pending Defendants' implementation of the settlement agreement, to provide additional time for the carrying out of the terms of the settlement;

WHEREAS, the Parties further request that this Court set a settlement status conference regarding the Parties' progress in carrying out the terms of the settlement agreement;

WHEREAS, the Parties' joint request is being made in the interests of judicial economy and in good faith, is not for the purpose of delay, and will not prejudice any party;

NOW, THEREFORE, based on the above stipulation, pursuant to Civil Local Rules 6-2 and 7-12, and with Defendants and Plaintiff reserving all rights and defenses, the Parties respectfully ask the Court to issue an order, which provides that:

**JOINT STIPULATED REQUEST TO HOLD CASE IN ABEYANCE PENDING IMPLEMENTATION OF SETTLEMENT AGREEMENT AND SET SETTLEMENT STATUS CONFERENCE**

1. All current proceedings are held in abeyance, pending the completion of Defendants' implementation of the settlement agreement and issuance of payment pursuant to the settlement agreement;

2. A Settlement Status Conference is Set for December 17, 2020, at 11:00 a.m.; and

3. The Parties are to file a joint status report on or before December 15, 2020, indicating the status of the Parties' efforts to carry out the terms of the settlement agreement; whether this case and all proceedings should continue to be held in abeyance; or proposing a schedule for continuing the proceedings on Plaintiff's Renewed Motion.

Dated:  November 4, 2020          Respectfully submitted,

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch

By: /s/ *Indraneel Sur*
INDRANEEL SUR

Attorneys for Federal Defendants


Dated:  November 4, 2020          Respectfully submitted,

McMANIS FAULKNER
  a Professional Corporation

By: /s/ *Marwa Elzankaly*
      MARWA ELZANKALY

Attorneys for Plaintiff
RAHINAH IBRAHIM.

**ATTORNEY ATTESTATION**

I, Indraneel Sur, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: /s/ *Indraneel Sur*
Indraneel Sur