JEFFREY BOSSERT CLARK
    Acting Assistant Attorney General
BRIGHAM J. BOWEN
    Assistant Branch Director
INDRANEEL SUR
    indraneel.sur@usdoj.gov
    D.C. Bar No. 978017
    Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8488
Facsimile: (202) 616-8470

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>    *Plaintiff*,<br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    *Defendants*. | CASE NO.: 3:06-cv-00545-WHA<br><br>**DECLARATION OF INDRANEEL SUR IN SUPPORT OF JOINT STIPULATED REQUEST TO HOLD CASE IN ABEYANCE PENDING IMPLEMENTATION OF SETTLEMENT AGREEMENT AND TO SET SETTLEMENT STATUS CONFERENCE** |

I, Indraneel Sur, declare as follows:

1. I am one of the attorneys for the Federal Defendants in this action.

2. I respectfully submit this declaration in support of the Joint Stipulated Request to Hold this Case in Abeyance pending Implementation of the Settlement Agreement and to Set a Settlement Status Conference, filed today (Joint Stipulated Request). I have personal knowledge of the facts set forth in this Declaration. If

CASE NO.: 3:06-cv-00545-WHA
**ATTORNEY DECLARATION IN SUPPORT OF JOINT STIPULATED REQUEST TO HOLD CASE IN ABEYANCE PENDING IMPLEMENTATION OF SETTLEMENT AGREEMENT AND TO SET SETTLEMENT STATUS CONFERENCE**

1  called as a witness, I could and would testify competently to the matters set forth herein.

3. Plaintiff Rahinah Ibrahim (Plaintiff) and Defendants Department of Homeland Security *et al*. (Defendants) (together, the Parties) proposed, through the case management statement of July 22, 2020 (Dkt. 864), a briefing schedule on Plaintiff's Renewed Motion for Attorney's Fees and Costs in accordance with the *en banc* opinion of the United States Court of Appeals for the Ninth Circuit (Renewed Motion).

4. The Court issued an Order on August 6, 2020 endorsing the Parties' proposed briefing schedule on the Renewed Motion (Dkt. 866). Plaintiff then filed her Renewed Motion on August 20, 2020 (Dkt. 869).

5. The Court endorsed on September 10, 2020 the Parties' proposed order continuing the hearing on Plaintiff's Renewed Motion to November 5, 2020, and extending the briefing schedule (Dkt. 871). In stipulating and requesting that first proposed order, the Parties explained that Defendants had made an offer for a global settlement, and Plaintiff had accepted it. The Parties accordingly had a settlement in principle, and needed additional time to draft a written agreement and obtain final approval by the Department of Justice.

6. The Court endorsed as modified on October 6, 2020 the Parties' proposed order further continuing the hearing on Plaintiff's Renewed Motion to December 17, 2020, and extending the briefing schedule (Dkt. 874). In stipulating and requesting that proposed order, the Parties explained that the Parties had reached agreement on the written settlement agreement; Defendants needed to obtain final authorization for the settlement from the Principal Deputy Associate Attorney General; and, once final authorization was obtained, Defendants needed time to issue payment pursuant to the settlement agreement.

**ATTORNEY DECLARATION IN SUPPORT OF JOINT STIPULATED REQUEST TO HOLD CASE IN ABEYANCE PENDING IMPLEMENTATION OF SETTLEMENT AGREEMENT AND TO SET SETTLEMENT STATUS CONFERENCE**

7. As the Parties explain in today's Joint Stipulated Request: Since the events giving rise to this Court's Order of October 6, 2020, Defendants have obtained final authorization for the executed settlement agreement from the Principal Deputy Associate Attorney General. Now that final authorization has been obtained, Defendants will need time to issue payment pursuant to the settlement agreement.

8. I have conferred with counsel for Plaintiff, by email and by telephone, at various times, including on November 4, 2020, regarding the proposed order submitted today, which, if it were to be endorsed by this Court, would hold this action in abeyance pending implementation of the settlement agreement, and would set a settlement status conference. In part through those exchanges with counsel for Plaintiff, the Parties have agreed to file the Joint Stipulated Request, to respectfully ask this Court, under Civil Local Rules 6-2 and 7-12, to take those steps, which would conserve resources and facilitate the Parties' efforts to carry out the terms of the settlement.

9. Since the United States Supreme Court on October 15, 2019 denied review of the judgment of the Ninth Circuit in this case, the Parties have sought two extensions of time, which this Court granted, as noted in Paragraphs 5 and 6 above.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of November 2020, at Washington, District of Columbia.

By: */s/ Indraneel Sur*
    INDRANEEL SUR

-3-
**ATTORNEY DECLARATION IN SUPPORT OF JOINT STIPULATED REQUEST TO HOLD CASE IN ABEYANCE PENDING IMPLEMENTATION OF SETTLEMENT AGREEMENT AND TO SET SETTLEMENT STATUS CONFERENCE**