UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHINAH IBRAHIM,<br><br>*Plaintiff,*<br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants.* | CASE NO.: 3:06-cv-00545-WHA<br><br>[~~PROPOSED~~] ORDER ENDORSING JOINT STIPULATED REQUEST TO HOLD CASE IN ABEYANCE PENDING IMPLEMENTATION OF SETTLEMENT AGREEMENT AND TO SET SETTLEMENT STATUS CONFERENCE |

Having considered the Joint Stipulated Request to Hold this Case in Abeyance Pending Implementation of the Settlement Agreement and to Set a Settlement Status Conference ("Joint Stipulated Request"), and all papers on file, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant Joint Stipulated Request is GRANTED.

The Court orders as follows:

1. All current proceedings in this action are held in abeyance, pending the completion of Defendants' implementation of the settlement agreement and issuance of payment pursuant to the settlement agreement;

2. A Settlement Status Conference is Set for December 17, 2020, at 11:00 a.m.; and

3. The Parties are to file a joint status report on or before December 15, 2020, indicating the status of the Parties' efforts to carry out the terms of the settlement agreement; whether this case and all proceedings should continue to be held in abeyance; or proposing a schedule for continuing the proceedings on Plaintiff's Renewed Motion.

**IT IS SO ORDERED.**

Dated:  November 10, 2020.

_____
HONORABLE WILLIAM ALSUP
United States District Judge