JAMES McMANIS (40958)
ELIZABETH PIPKIN (243611)
CHRISTINE PEEK (234573)
MARWA ELZANKALY (206658)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244
Email:          cpeek@mcmanislaw.com
                    epipkin@mcmanislaw.com

Attorneys for Plaintiff,
Rahinah Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RAHINAH IBRAHIM, an individual, | Case No. C 06-0545 WHA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

The parties to this action, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby stipulate, and jointly request, in consideration of the parties' settlement, that this action be dismissed, in its entirety, with prejudice, including any claims stated herein against all parties, with Defendants to bear their own attorney's fees and costs.

IT IS SO STIPULATED:

Dated:  December 15, 2020            McMANIS FAULKNER

/s/ Marwa Elzankaly
MARWA ELZANKALY

Attorneys for Plaintiff, RAHINAH IBRAHIM

Dated:  December 15, 2020            UNITED STATES DEPARTMENT OF JUSTICE

/s/ Indraneel Sur
INDRANEEL SUR

Attorneys for Defendants

[In accordance with Civil Local Rule 5-1.i.3, Marwa Elzankaly, counsel for plaintiff, attests that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document.]

**ORDER**

**IT IS SO ORDERED.**

DATED: _____         _____
                                      HONORABLE WILLIAM ALSUP
                                      United States District Court

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE; Case No. C 06-0545 WHA