FILED

DEC 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAHINAH IBRAHIM, an individual,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; *et al.*,<br><br>    Defendants-Appellees. | No.   14-16161<br><br>D.C. No. 3:06-cv-00545-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion (Docket Entry No. 124) to withdraw her motion for attorneys' fees, pursuant to the parties' settlement, is granted. The court will take no further action on the fee motion (Docket Entry No. 106).

gml/Appellate Commissioner                                                                                    14-16161+